# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

January 26, 2023

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed on ECF

<u>United States v. Sergey Shestakov</u><br>23 Cr. 16 (JHR)

Dear Judge Rearden:

     We represented Sergey Shestakov in Magistrate Court for his initial presentment and arraignment on January 23, 2023. We have filed a notice of appearance in this case, but we understand that Mr. Shestakov is in the process of retaining different counsel to represent him in this matter. We write to respectfully request that the Court adjourn the initial pretrial conference currently scheduled for February 1, 2023 to allow Mr. Shestakov to appear with new counsel. We have consulted with counsel for co-defendant Charles McGonigal and the Government, and they have no objection to this request. The parties are available to appear for a conference in the morning on February 9th, or in the alternative on February 6th. In the event the Court should schedule the conference for February 9th, the Government has asked us to consent to the exclusion of time between February 6th and February 9th, to which we so consent.

Respectfully submitted,

*Sarah M. Sacks*