UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGEY SHESTAKOV,<br><br>                              Defendant. | 23 Cr. 16 (JHR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as an attorney of record for Defendant Sergey Shestakov in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated:      New York, New York
            February 6, 2023

                                        Respectfully submitted,

                        By:     *s/ Rita M. Glavin*
                                Rita M. Glavin
                                GLAVIN PLLC
                                156 West 56th Street, Suite 2004
                                New York, New York 10019
                                (646) 693-5505
                                rglavin@glavinpllc.com

                                *Attorney for Defendant Sergey Shestakov*