USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CHARLES McGONIGAL and SERGEY SHESTAKOV,

Defendants.

23 Crim. 16 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for

**March 9, 2023,** at **11:30 am**, is RESCHEDULED for **March 8, 2023,** at **12:30 pm** in

Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York.

IT IS FURTHER ORDERED that, the time between February 9, 2023 and March 9, 2023

having previously been excluded under the Speedy Trial Act, the time between March 8, 2023

and March 9, 2023 will no longer be excluded absent further order by this Court.

SO ORDERED.

Dated: February 10, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge