UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGEY SHESTAKOV,<br><br>                              Defendant. | 23 Cr. 16 (JHR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as an attorney of record for Defendant Sergey Shestakov in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated:  New York, New York
        March 7, 2023

                                        Respectfully submitted,

                                        By:    *s/ Leo Korman*
                                               Leo Korman
                                               GLAVIN PLLC
                                               156 West 56th Street, Suite 2004
                                               New York, New York 10019
                                               (646) 693-5505
                                               Lkorman@glavinpllc.com

                                               *Attorney for Defendant Sergey Shestakov*