UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 -v.-<br><br>CHARLES McGONIGAL and SERGEY SHESTAKOV,<br><br>                          Defendants. | 23 Crim. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

       A status conference will take place on May 10, 2023 at 2:00 PM in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

       Prior to the conference, counsel for the Government and for Defendants shall consult and reach agreement, if possible, on a proposed month for trial. *See* Feb. 9, 2023 Conf. Tr. at 21-22 (approving Defendants' request on consent for 90 days to review discovery before setting a date for trial).

       SO ORDERED.

Dated: May 8, 2023
       New York, New York

                                                      JENNIFER H. REARDEN
                                                    United States District Judge