UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

CHARLES McGONIGAL and SERGEY SHESTAKOV,

Defendants.

---

23 Cr. 16 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that a status conference to address classified discovery and potential motion practice under the Classified Information Procedures Act will take place at the previously agreed upon time and place.

    SO ORDERED.

Dated: July 10, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge