UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v.-<br><br>SERGEY SHESTAKOV,<br><br>                                        Defendant. | 23 Cr. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon Defendant's unopposed application, the Court hereby adjourns the status conference previously scheduled for September 14, 2023 to **September 19, 2023** at **10:15 a.m.**

By **September 14, 2023** at **3:00 p.m.**, the Government shall file a letter informing the Court whether it seeks to make an application under the Speedy Trial Act, specifically for the exclusion of time between September 14, 2023 and the start of trial on June 12, 2014. The letter should state the bases for, and whether Defendant consents to, the requested exclusion.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge