

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    Per the Court's order (Dkt. 61), the Government writes to respectfully request that time be excluded under the Speedy Trial Act from September 14, 2023 until June 12, 2024, when trial in this case is scheduled to begin. Defendant Sergey Shestakov consents to this request. The need for the requested exclusion of time outweighs the interests of the public and the defendant in a speedy trial, because it will permit the defendant time to review discovery and prepare motions, and will permit the parties to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/
    Rebecca T. Dell
    Hagan Scotten
    Derek Wikstrom
    Assistant United States Attorneys
    (212) 637-2198 / 2410 / 1085

Cc:    Defense Counsel (by ECF)