# GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, New York 10019
646-693-5505

October 6, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

Re: United States v. Sergey Shestakov, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    I represent Sergey Shestakov in the above-referenced action. I write to request a short extension of the briefing schedule of Mr. Shestakov's motion to compel to facilitate ongoing discussions with the Government concerning discovery. Accordingly, we respectfully request an extension to file our principal motion papers from October 10 to October 13. The Government consents to this extension so long as the equivalent extension is permitted for its opposition, from October 24 to October 27. This is Mr. Shestakov's first request for an extension of this briefing schedule. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Rita M. Glavin*

Rita M. Glavin