UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 23 Cr.16 (JHR) |
| SERGEY SHESTAKOV, | **NOTICE OF MOTION** |
| Defendant. | |

PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Motion to Compel, the affirmation of Rita M. Glavin and attached exhibits, and all prior pleadings and proceedings herein, Defendant Sergey Shestakov, by and through his counsel, hereby moves this Court, before the Honorable Judge Jennifer Rearden, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order granting Mr. Shestakov's Motion to Compel the government to produce certain materials to the defense, and for such other relief as the Court may deem just and proper.

Dated: October 19, 2023

Respectfully submitted,

*Rita M. Glavin*
Rita M. Glavin
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
rglavin@glavinpllc.com