# EXHIBIT C



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2023

**By Email**
Rita M. Glavin
Katherine E. Petrino
Glavin PLLC
156 West 56th Street, Ste #2004
New York, NY 10019
Email: rglavin@glavinpllc.com
Email: kpetrino@glavinpllc.com

Re:   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Counsel:

The Government writes in response to your request at the May 10, 2023 conference for the discovery in *United States v. Olga Shriki*, 22 Cr. 518 (PKC) (S.D.N.Y.). The prosecution team in this case does not possess the evidence gathered in *Shriki*, nor are we aware of any evidence in that case that constitutes *Brady* or *Giglio* or is material to the defense in this case. If, however, there are specific items or categories of evidence in *Shriki* that you believe constitute *Brady* or *Giglio*, or are material to the defense in this case, please let us know.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

by:   /s/ Rebecca T. Dell
Rebecca T. Dell
Hagan Scotten
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2198 / -2410 / -1085

cc: Seth DuCharme, Esq. (Email)

2022.01.24