# GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, New York 10019
646-693-5505

October 31, 2023

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Judge
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

*Application GRANTED.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: October 31, 2023*

Re: **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov in the above-referenced action. I write to respectfully request a short extension of the time to file Mr. Shestakov's reply brief in support of his motion to compel from Friday, November 3, 2023 to Wednesday, November 8, 2023. We make this request in light of professional obligations in other matters this week. The government consents to this extension.

Respectfully submitted,

Rita M. Glavin

*Counsel for Defendant Sergey Shestakov*