# EXHIBIT G

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Dear Judge Rearden

I am Susan Shuback, Charlie McGonigal's cousin-in-law. His wife, Pam, is my first cousin (our mothers were sisters). I have almost 34 years as a federal employee, having spent more than 20 years in multiple Intelligence Community agencies (Naval Intelligence, Defense Intelligence Agency, National Geospatial-Intelligence Agency (NGA)), as well as at FEMA (Deputy Chief Financial Officer), US Customs and Border Protection (Budget Director), and Department of Housing and Urban Development (Budget Director and Deputy Chief Information Officer). I currently serve as the Chief Financial Executive at NGA.

I met Charlie when he and Pam came to visit DC, before he started at the FBI. They stayed with me and my husband in Bethesda. Charlie was getting ready to go to Quantico for training, and they needed a place to stay for a few days. While Pam and I did not really grow up together (I saw her perhaps a dozen times when I was a kid), she was family and we were happy to host them. Pam and Charlie, and Greg (my now ex-husband) and I became fast friends. We were all in the same place in life. Newly married, young working professionals, with similar backgrounds, and the same interest. We showed them the sights and explored some great restaurants. When Charlie's first assignment took them to NYC, Greg and I visited, and when his work brought him to DC, they bought a house in the town right next to ours in Chevy Chase. By this point each of us had two kids under five and we grew very close. We spent every Sunday together for dinner, and would take our kids to various parks and events. We spent many holidays together. When my youngest was born, I asked Pam and Charlie to be the Godparents. It was important to me that we choose Godparents who were actually practicing Catholics, as it is our intent that our kids grow up in their faith. Pam and Charlie were the perfect choice. We loved them and they shared our values.

As an Intelligence professional, I know that what Charlie has been convicted of is very serious, but it is hard to get my mind around it because this is not the Charlie McGonigal I have come to know. The Charlie I know loves his family, is fun and funny. He is generous and kind. Charlie could even spend an afternoon talking to my mother-in-law, which neither my husband nor I could pull off (she has…outdated views). He was always wonderful with my boys. He is the Godfather to Peter and has always been wonderful to my boys.

But it was on my darkest day, that Charlie's generosity and kindness was absolutely critical to me. My husband and I were having many challenges in our marriage, and I discovered he had been lying about our finances. We had a big fight, and after we went to sleep, my husband got up in the middle of the night, wrote a suicide note and left. He walked out without his phone, wallet or keys. When I discovered the note, I called the police, and the situation quickly spiraled out of control. My kids were home and I did not know what to do, so I called Charlie. Charlie was at my house in less than an hour. He stayed with me, took the boys to get lunch, and had the Washington and Baltimore FBI offices put out a search for Greg. When Greg turned up at his parent's house on the other side of Bethesda, later that evening,

Charlie picked him up, and even asked the police to allow Greg to say goodbye to the boys before they took him away for treatment. What Charlie did that day for me and my boys is impossible to understate how important it was to us. Please know I absolutely hate revisiting this memory, but I am doing it for Charlie. I write this through tears, but it is worth it to help give you a sense of the man that he is.

I hope I have been able to convey a side of Charlie's kindness and decency as you prepare to sentence him. If you will allow, I pray that God gives you wisdom in this case and in all of your work. I know what you do is hard and important, and I am thankful for the opportunity to provide my insights on Charlie.

Sincerely,

*Susan Shuback*

Susan Shuback