# EXHIBIT K

November 14, 2023

TO:    Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

FROM: Viktorya Evelkin

RE:    Character Reference for Charles McGonigal

Dear Judge Rearden,

    My name is Viktorya Evelkin. I am an immigrant from St Petersburg, Russia, who has called the United States home for the past 35 years. I have raised a family here, and built a successful business. I have been involved in community charity work, undertaken extensive travel, and enjoyed wildlife photography.

    I have been friends with Charles McGonigal for the past five years. We met during a holiday concert in church. It was beautiful and very spiritual performance of a choir accompanied by an organ.

    From personal communication and experience, I found him to be a truly outstanding individual. He is extremely humble, respectful, and easy to communicate with. As a well-rounded and knowledgeable person, we enjoyed conversations discussing life, culture, and art. His warm smile and positive energy, paired with his charming personality and a great sense of humor, draw people to him.

    Among other things, we connected through our love of music. On one occasion, while enjoying a private concert with works by Debussy, List, Chopin etc., I was impressed with Charlie's knowledge and thorough understanding of classical music.

    Another outstanding Charlie's quality is his constant willingness to help others, going out of his way to provide emotional comfort or valuable advice when needed, always a patient listener ready to extend a helping hand. It can't be said better than by Leo Tolstoy: "He was one of those individuals whose hearts are so boundless in their compassion that they cannot rest until they have eased the burdens of every soul they encounter."

    Throughout our conversations since his arrest, he has expressed deep concerns for his family, and it is heart-wrenching to witness how this situation has taken a toll on his loved ones. He remains incredibly selfless, prioritizing the well-being of his family, particularly his wife and children, above all else. His dedication to them reveals the extent of his loyalty, sacrifice, and commitment to those he cares for. He admits that even though he was not able to be there for his kids as he wanted to due to his job, and he is trying to catch up now for the time he missed.

    In making a sentencing decision, I kindly ask your Honor to take into account Charlie's character traits, as well as personal circumstances. While he has faced a year of tremendous hardship, the consequences of his actions have already constituted a severe punishment. I

respectfully request leniency in Charles McGonigal's sentencing and an opportunity for him to make amends for his mistakes.

Thank you for your time and consideration in this matter.

Sincerely,

*V Evelk*

Viktorya Evelkin