

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

Washington, D.C. 20530

December 6, 2023

The Honorable Jennifer H. Rearden
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York   10007

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: December 7, 2023

      RE:   *United States v. Charles McGonigal and Sergey Shestakov* (no. 23-cr-16)

Dear Judge Rearden:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Ms. Daniella M. Medel, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers. I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation.  I also affirm that they maintain the requisite competence and qualifications to perform security-related functions.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions please call me or Christine Gunning, Deputy Department Security Officer, on (202) 514-2094.

Respectfully submitted,

*[signature]*

James L. Dunlap
Department Security Officer

cc:  Edward Friedland, District Executive