

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

January 29, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Judge
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

> Application GRANTED. The parties' briefing deadlines are extended as follows: Defendant Shestakov's motions are due February 16, 2024; the Government's responses are due March 8, 2024; and any replies are due March 22, 2024.
>
> The Clerk of Court is directed to terminate ECF No. 100.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: January 29, 2024

Re:   **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov in the above-referenced action. I write to respectfully request a two-week extension of the time to file Mr. Shestakov's pretrial motions. Pursuant to the Court's May 30, 2023 Order (ECF No. 46), the current briefing schedule is as follows: Mr. Shestakov's pretrial motions due February 2, 2024; Government's responses due February 16, 2024; and the reply due February 23, 2024. We make this request given other pressing professional obligations that were unforeseen when this schedule was ordered.

This is Mr. Shestakov's first request for an extension of the pretrial motions briefing schedule and it would not impact any other deadlines in this case. The Government consents to this request so long as their time to respond is extended to March 8, because of other professional obligations they have. If the Court were to grant Mr. Shestakov's request, the new schedule would be: Mr. Shestakov's motions due on February 16, 2024; Government's response due March 8, 2024; and the reply due March 22, 2024.

Respectfully submitted,

*/s/   Rita M. Glavin*
Rita M. Glavin

*Counsel for Defendant Sergey Shestakov*