UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 v.<br><br>SERGEY SHESTAKOV,<br><br>                                     Defendant. | 23 Cr.16 (JHR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

      PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Motion to Dismiss, the affirmation of Rita M. Glavin and attached exhibits, and all prior pleadings and proceedings herein, Defendant Sergey Shestakov, by and through his counsel, hereby moves this Court, before the Honorable Judge Jennifer Rearden, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order granting Mr. Shestakov's Motion to Dismiss, and for such other relief as the Court may deem just and proper.

Dated: February 16, 2024

                                                                                  Respectfully submitted,

                                                                             */s/ Rita M. Glavin*

                                                                             Rita M. Glavin
                                                                             Katherine E. Petrino
                                                                             Leo S. Korman
                                                                             GLAVIN PLLC
                                                                             156 West 56th Street, Ste. 2004
                                                                             New York, NY 10019
                                                                             Tel: (646) 693-5505
                                                                             rglavin@glavinpllc.com