# EXHIBIT 4.1

## Filed Under Seal