# EXHIBIT 4.2

## Filed Under Seal