UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SERGEY SHESTAKOV,<br><br>                Defendant. | 23 Cr. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The parties shall appear for a teleconference regarding scheduling matters on **March 22, 2024** at **2:30 p.m.** Counsel should join the conference by dialing 646-453-4442 and entering Conference ID 808 550 886 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge