**From:** Rita Glavin <rglavin@glavinpllc.com>
**Sent:** Friday, March 22, 2024 2:52 PM
**To:** Rearden NYSD Chambers <ReardenNYSDChambers@nysd.uscourts.gov>; Dell, Rebecca (USANYS) <Rebecca.Dell@usdoj.gov>; Katherine Petrino <kpetrino@glavinpllc.com>; Leo Korman <LKorman@glavinpllc.com>; Wikstrom, Derek (USANYS) <DEREK.WIKSTROM@usdoj.gov>; Scotten, Hagan (USANYS) <Hagan.Scotten@usdoj.gov>
**Subject:** RE: US v. Sergey Shestakov 23 CR 16(JHR)

**CAUTION - EXTERNAL:**

Chambers:

Our reply papers on Mr. Shestakov's motion to dismiss are due today.  The Government has consented to an extension to Tuesday 3/26 for us to file those papers.  I meant to raise this on the status call with the Court this afternoon, but it slipped my mind.  We respectfully request an extension Tuesday given an issue that came up in the last 48 hours that took our attention away, and the fact that my associate working on this is out of town this weekend.

Respectfully submitted,
Rita Glavin

*Application GRANTED.  SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: March 22, 2024*