UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SERGEY SHESTAKOV,<br><br>　　　　　　　　　　Defendant. | 23 Cr. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Having considered Defendant Sergey Shestakov's letter-motion dated March 18, 2024 (ECF No. 110), and the discussion with the parties at the March 22, 2024 scheduling conference, the Court hereby modifies the trial dates and deadlines previously set in this matter (ECF No. 46) as follows:

1. Trial will commence on August 6, 2024 at 10:00 a.m.

2. Any motions *in limine* and trial memoranda, as well as proposed *voir dire*, proposed jury instructions, and proposed verdict forms, shall be filed by July 2, 2024. Any oppositions to motions *in limine* and trial memoranda shall be filed by July 16, 2024. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

3. A final pretrial conference will be held on July 25, 2024 at 10:15 a.m. in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

4. The foregoing schedule supersedes all dates and deadlines set in the Court's prior scheduling order (ECF No. 46). The May 30, 2024 final pretrial conference is canceled.

SO ORDERED.

Dated: March 29, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge