AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Cr. 16 |
| Sergey Shestakov | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 05/30/2024

/s/ Sheb Swett
*Attorney's signature*

Sheb Swett
*Printed name and bar number*

26 Federal Plaza
37th Floor
New York, NY 10007
*Address*

sebastian.swett@usdoj.gov
*E-mail address*

(212) 637-6522
*Telephone number*

*FAX number*