UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 23 Cr. 16 (JHR) |
| SERGEY SHESTAKOV, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

Before the Court is Defendant's motion to compel discovery. Upon careful review of the parties' submissions (see, e.g., ECF Nos. 84-87, 91), the motion is DENIED. The bases for the Court's ruling will be explained at the final pretrial conference.

SO ORDERED.

Dated: June 21, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge