

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Shestakov</u>, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government respectfully submits the attached proposed verdict form, in connection with the trial of defendant Sergey Shestakov scheduled to begin on August 6, 2024.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/_____
    Rebecca T. Dell
    Sheb Swett
    Derek Wikstrom
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2198 / 6522 / 1085