UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 16 (JHR) |
| SERGEY SHESTAKOV, | |
| Defendant. | |

## VERDICT FORM

Please indicate your responses with a check mark (✓)

The Jury's verdict must be unanimous on each question.

**<u>Count One</u>**

Conspiracy to violate the International Emergency Economic Powers Act ("IEEPA")

Guilty_____                    Not Guilty_____

**<u>Count Two</u>**

Violation of IEEPA

Guilty_____                    Not Guilty_____

**<u>Count Three</u>**

Conspiracy to commit money laundering

Guilty_____                    Not Guilty_____

**<u>Count Four</u>**

Money laundering

Guilty_____                    Not Guilty_____

**<u>Count Five</u>**

False statements

Guilty_____            Not Guilty_____


_____            _____
FOREPERSON                                    DATE