

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

July 2, 2024

**VIA ECF**
Honorable Jennfier H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Sergey Shestakov</u>, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    On behalf of Sergey Shestakov, I respectfully submit the attached proposed verdict form in connection with Mr. Shestakov's trial scheduled to begin on August 6, 2024.

    Respectfully submitted,

    */s/ Rita M. Glavin*
    Rita M. Glavin