UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                                              :

UNITED STATES OF AMERICA,              :

                            v.                                 :   No. 23 Cr. 16 (JHR)

SERGEY SHESTAKOV,                     :   **[PROPOSED] JURY VERDICT**

                         Defendant.       :

------------------------------------------------------------- x

All jurors must agree on the answer to all questions. Please indicate your verdict with a checkmark. Except to check a response and sign and date the form, do not write anything else on this form.

**COUNT ONE: Conspiracy to Violate the International Economic Powers Act ("IEEPA")**

    1.     As to the charge of conspiracy to violate IEEPA, how do you find the defendant,

           SERGEY SHESTAKOV?

Not Guilty _____      Guilty _____

**COUNT TWO: Violation of IEEPA**

    2.     As to the charge of a violation of IEEPA, how do you find the defendant,

           SERGEY SHESTAKOV?

Not Guilty _____      Guilty _____

**COUNT THREE: Conspiracy to Commit Money Laundering**

    3.     If you find the defendant, Sergey Shestakov, "Not Guilty" on Counts One and Two, you cannot find the defendant guilty of conspiracy to commit money laundering.

4. As to the charge of conspiracy to commit money laundering, how do you find the defendant,

   SERGEY SHESTAKOV?

Not Guilty _____      Guilty _____

**COUNT FOUR: Money Laundering**

5. If you find the defendant, Sergey Shestakov, "Not Guilty" on Counts One and Two, you cannot find the defendant guilty of money laundering.

6. If you find the defendant, Sergey Shestakov "Guilty" on Counts One or Two, as to the charge of money laundering, how do you find the defendant,

   SERGEY SHESTAKOV?

Not Guilty_____      Guilty _____

**COUNT FIVE: False Statements**

*Statement #1:  Mr. Shestakov concealed the nature of the relationship between Charles McGonigal and Agent-1.*

7. As to the first charged false statement, do you unanimously agree that Mr. Shestakov's concealed the nature of the relationship between Charles McGonigal in violation of 18 U.S.C. § 1001?

   Yes_____      No\_\_\_\_\_

*Statement #2:  Mr. Shestakov did not have a business relationship with Agent-1.*

8. As to the second charged false statement, do you unanimously find that Mr. Shestakov made a false statement in violation of 18 U.S.C. §1001?

   Yes _____      No \_\_\_\_\_

You must find Mr. Shestakov not guilty if your answer to question 5 is no and your answer to question 6 is no.

9. As to the charge of whether Mr. Shestakov violated 18 U.S.C. § 1001 by making false statements, how do you find the defendant,

   SERGEY SHESTAKOV?

Not Guilty _____    Guilty _____

_____    _____
FOREPERSON               DATE