UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SERGEY SHESTAKOV,<br>                    Defendant. | 23 Cr. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Due to a conflict with a previously scheduled trial in another criminal case, the final pretrial conference scheduled for July 25, 2024 is hereby adjourned to **August 1, 2024** at **2:30 p.m.**

      SO ORDERED.

Dated: July 3, 2024
        New York, New York

                                                                                          _____
                                                                                         JENNIFER H. REARDEN
                                                                                         United States District Judge