UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 23 Cr. 16 (JHR) |
| SERGEY SHESTAKOV, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Memorandum Opinion and Order dated June 30, 2024, ECF No. 124 (the "Order"), was originally filed under seal. The Order denied without prejudice Defendant Sergey Shestakov's *ex parte* applications asking the Court to "so order" subpoenas *duces tecum* pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. On July 5, 2024, Shestakov renewed those applications on notice to the Government. *See* ECF Nos. 135-36. Accordingly, the Memorandum Opinion and Order will now be filed publicly. *See* Mem. Op. & Order at 5.

SO ORDERED.

Dated: July 8, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2024