

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

July 16, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov in the above-referenced matter and write to respectfully request a two-day extension of the time to file the parties' opposition briefs to motions *in limine* from July 16, 2024 to July 18, 2024. *See* ECF No. 114 (Mar. 29, 2024 Scheduling Order). We need this additional time to finalize our opposition papers as well as to accommodate other professional obligations, including a brief in another matter. The government consents to this request.

Respectfully submitted,

  */s/ Rita M. Glavin*_____
Rita M. Glavin

*Counsel for Defendant Sergey Shestakov*