

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

July 16, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.  SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: July 16, 2024

Re:   **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov in the above-referenced matter and write to respectfully request a two-day extension of the time to file the parties' opposition briefs to motions *in limine* from July 16, 2024 to July 18, 2024. *See* ECF No. 114 (Mar. 29, 2024 Scheduling Order). We need this additional time to finalize our opposition papers as well as to accommodate other professional obligations, including a brief in another matter. The government consents to this request.

Respectfully submitted,

__/s/ Rita M. Glavin_____
Rita M. Glavin

*Counsel for Defendant Sergey Shestakov*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024