

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government respectfully submits this letter motion for an adjournment of the trial in the above-referenced case, currently scheduled for August 6, 2024.[1] Information has come to the Government's attention that may require litigation pursuant to the Classified Information Procedures Act ("CIPA"). But the Government needs to take additional steps to evaluate the information before it will be ready for possible CIPA practice, and as a result, an adjournment is necessary. The Government respectfully requests an adjournment of the trial and all associated deadlines of at least six weeks. The Government is available if the Court has any questions.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   /s/_____
      Rebecca T. Dell
      Sheb Swett
      Derek Wikstrom
      Assistant United States Attorneys
      (212) 637-2198 / 6522 / 1085

Cc:   Defense Counsel (by ECF)

---

[1] We note that the defendant requested an adjournment, along with other relief, in a separate filing last night. (Dkt. 141). Although that request is otherwise meritless and should be rejected, the Government does not oppose the request for an adjournment in light of the request in this letter.