

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government respectfully submits this letter on behalf of the parties in response to the Court's order this morning. (Dkt. 145). The parties are available on Tuesday, July 23, 2024 at 4:30 p.m. for a teleconference. The parties jointly respectfully request that the Court hold deadlines in the case in abeyance between now and then, pending resolution of the parties' respective requests for trial adjournments.

    The defense also requests that the conference be held in person, rather than by teleconference. The Government takes no position on that request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/
       Rebecca T. Dell
       Sheb Swett
       Derek Wikstrom
       Assistant United States Attorneys
       (212) 637-2198 / 6522 / 1085

Cc:    Defense Counsel (by ECF)