

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government respectfully submits this letter on behalf of the parties in response to the Court's order this morning. (Dkt. 145). The parties are available on Tuesday, July 23, 2024 at 4:30 p.m. for a teleconference. The parties jointly respectfully request that the Court hold deadlines in the case in abeyance between now and then, pending resolution of the parties' respective requests for trial adjournments.

    The defense also requests that the conference be held in person, rather than by teleconference. The Government takes no position on that request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
        Rebecca T. Dell
        Sheb Swett
        Derek Wikstrom
        Assistant United States Attorneys
        (212) 637-2198 / 6522 / 1085

Cc:    Defense Counsel (by ECF)

---

Application GRANTED. All deadlines in the case are hereby adjourned *sine die* pending the conference scheduled for July 23, 2024 at 4:30 p.m. The Court will hold the conference in Courtroom 12B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007. SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
DATED: July 18, 2024