

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 24, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government writes to confirm its availability for an *ex parte* conference, pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), on August 7, 2024.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                By:    /s/
                        Rebecca T. Dell
                        Sheb Swett
                        Derek Wikstrom
                        Assistant United States Attorneys
                        (212) 637-2198 / 6522 / 1085

Cc:    Defense Counsel (by ECF)