UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SERGEY SHESTAKOV,<br><br>                          Defendant. | 23 Cr. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that, pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 2, an *ex parte* conference with the Government will take place at the previously agreed upon time and place. Subsequently, an *ex parte* conference with Defendant will take place at the previously agreed upon time and place.

      The Clerk of Court is directed to terminate ECF No. 144.

      SO ORDERED.

Dated: August 2, 2024
       New York, New York

                                                         */s/ Jennifer H. Rearden*
                                                       JENNIFER H. REARDEN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2024