

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

August 5, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov in the above-referenced action, and write to respectfully request an adjournment to the week of August 12, 2024 of both the *ex parte* conferences with the defense and the government pursuant to the Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3 § 2 (the "Section 2 Conference") currently scheduled for August 7, 2024. The government informed us that they want to proceed with the government's *ex parte* Section 2 Conference on August 7 at which an attorney from the National Security Division of the Department of Justice will attend and provide some unspecified information to the Court. We maintain that it makes more sense to adjourn both conferences for one week, and to allow the defense to make a presentation to the Court *before* hearing from the government regarding discovery obligations as it relates to classified material. Given the government's numerous discovery failures in this case, we have grave concerns about any information the government provides to the Court in its *ex parte* Section 2 Conference without first hearing from the defense.

Specifically, since the July 23, 2024 status conference in which just some of the government's discovery failures were discussed, the government has made additional discovery productions, including: (a) new, critical *Brady* material that had been in the government's possession for **two years** that is entirely consistent with Mr. Shestakov's defense (*i.e.*, a June 2022 report from an FBI intelligence analyst specifically linking Arina Lazarou—the individual who signed the contract for business intelligence work on behalf of an entity called Pandean Ltd.—to Rusal (En+'s subsidiary)), and (b) an August 1, 2024 production responding to numerous defense discovery requests and information (including more *Brady* material) that bears upon requests we have made and will make of the government for information that may implicate CIPA.

The defense needs additional time to assess and incorporate these belated disclosures into our presentation to the Court for the Section 2 Conference, such that the defense can preview for the Court vital defense theories and evidentiary issues that will inform: (a) the Court's assessment of the information the government provides to the Court and its import to the defense, and (b) the Court's lines of inquiry of the government regarding the adequacy of its "compliance" with its

Hon. Jennifer H. Rearden
August 5, 2024
Page 2 of 2

discovery obligations.  For these reasons, adjourning the Section 2 Conference by one week is in the best interests of this matter given the stakes to Mr. Shestakov.  There is no prejudice to the government by such an adjournment.  Nonetheless, if the Court is inclined to proceed with the government's Section 2 Conference on August 7, Mr. Shestakov alternatively requests that the defense's conference proceed prior to the government's conference.

Respectfully submitted,

__/s/ Rita M. Glavin_____
Rita M. Glavin