# Exhibit A

| | |
|---|---|
| **From:** | Dell, Rebecca (USANYS) |
| **To:** | Swett, Sebastian (USANYS); Wikstrom, Derek (USANYS); Dell, Rebecca (USANYS) |
| **Subject:** | 2024.06.25 Call with Chris Doyle |
| **Date:** | Tuesday, June 25, 2024 4:45:55 PM |

2024.06.25 Call with Chris Doyle, Michael Maniscalco, Rebecca Dell, Sheb Swett

- In 2022: CD had familiarity with Deripaska network; CD was asked if Pandean was familiar with to him; it was not immediately familiar; CD conducted open source searching on the name Ariana Lazarou and address in Cyprus and provided results; CD searched address and name in Cyrilic and English
    - Address is listed in EN+ and Rusal paperwork and affiliated with LG&A

Rebecca T. Dell
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
26 Federal Plaza
New York, NY 10278
(212) 637-2198
Rebecca.Dell@usdoj.gov

Brennan — John Zach
CRST Paralegal   Martin DeLuca
                 Shah Small
                 Rebecca Dell
                 Derek Wikstrom
                 Brandon F.



T2 Some of this prompted by RG grilling us — not just requests as much
MOL & Sue's telling us that BN+ coming up at trial, everyone will know
    Want to be comfortable w/ facts
Why recented:
    Arine Lazaran — public filings where AL listed as affiliated person of BN +
      Public filings — have to list any individual as Director
      AL listed as ~~some~~ director for some companies)
      But AL rent-a-director

②

Fokin: tells story + ~~testifies~~ — can we prove/disprove?
- Director for ENF, don't work for Deripaska
- Project was to gather intel for NorNickel litigation
- Got request from security department, goes to CM
- Shestakov a nobody — news to get CM

Fokin — ENF employee for 12 years
- Analyzing int'l issues, political risk, builders cooperat w/ foreign corps
- Salaried
- *especially 2019-2021*
- Never worked for Deripaska → not sure if that's just paycheck
- Reports to CEO — 2019-2021
- ENF paid for trips to US, including trips where he met w/ CM
- ~~Reports~~ Met CM in May 2018 through SS (knew SS since 90s)
- Friendship b/w SS + EF
- CM proposes delisting OD → EF says involvement limited to introduction
- CM ~~proposes~~ brings Fokin to K+K, brings EF to K+K offices
- Dennis introducing K+K to OD → passed on contact to Gregory Ogarov
- Meeting in London → SS not invited: CM, SB, EF, OD, GO
- EF doing the handoff for delisting → not sure if ENF paid for travel
- GO handled from that point forward
- EF doesn't know why engagement concluded → Covid, GO does
- 2021 - ~~Fokin~~ on behalf of ENF/Rusal, approaches CM for NN research
- Got assignment from Alexander Osminin - Deputy CEO/Head of security
- Went to CM b/c attractive + experienced w/ working w/ Russians
- Negotiated contract w/ Osminin's consent. Osminin ultimately approved
- Other employees worked w/ AL to execute contract
- Dennis hiring SS → did not regard SS as useful — understands SS was around/involved
- CM does work from Aug. — November

(3)

Nov. 2021 - SS/CM disappear
  Work was substandard, not useful
  Discussed w/ Osminin
  Tried to sell dark web files → EF thought laughable
  Pushed CM to finish "phase one"
  No contact w/ Agron Neza (doesn't know what Pondea is)
  No contact w/ Arina Lazaran
  Ocenov died from Covid in 2021
  Osminin died of cancer in 2023 → got death records
                            → surprised at SS registration

Company View

Pondea - not an ENT subsidiary or affiliate or vendor or service provider
  Some entities have w/in ENT group had relationships at some point
  Not w/ ENT itself, ENT doesn't have the records
  Some connection/relationship → don't know timeframe

  AL is an affiliated person
  Lazaran has acted as director of fused company over the years
    Don't know her relationship w/ Pondea
  Trying to figure this out w/ company

Docs
  Travel records for Folken - Folken submitted agendas + expense reports
  Paid for trips → no references to SS/CM (references to other meetings)

Issues:
  Russian Law issues -
  Environment where people don't want to talk
  Sensitive nature of project - also EF said would never email about project for security project → text/print

(4)

EF

[ EF says company had suffered hacks — didn't say yes or no to existing messages
Auto deleted apps — EF has not provided device
Investigating JV partner — instruction to keep in strictest confidence
Huge problems if found out

Getting fokon counsel, hasn't indicated he wants one
Took time to get access to EF
for BSF
Nobody @ BSF discussed it. Is w/ him

Trying to get access to people w/in fused legal who were working on
NorNickel litigation → to see if we can credit EF or not
Privilege issues

[REDACTED]