# Exhibit B

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 26, 2024

**By Email**
Rita M. Glavin
Katherine E. Petrino
Leo Korman
Glavin PLLC
156 West 56th Street, Ste #2004
New York, NY 10019
Email: rglavin@glavinpllc.com
Email: kpetrino@glavinpllc.com
Email: LKorman@glavinpllc.com

Re:   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Counsel:

Enclosed please find two emails from Christopher Doyle. The first email includes attachments to that email. We have previously produced those attachments to you in discovery. *See, e.g.*, USAO_00000056-00000059. Our understanding is that the email content was based on the attachments, which were obtained via publicly available searches.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
Rebecca T. Dell
Sheb Swett
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2198 / -6522 / -1085

| | |
|---|---|
| **From:** | Maniscalco, Michael (NY) (FBI) |
| **Sent:** | Friday, June 24, 2022 2:17 PM |
| **To:** | Scotten, Hagan (USANYS); Dell, Rebecca (USANYS) |
| **Subject:** | Fwd: Tagmatarchi & Lazarou |
| **Attachments:** | killmary investments.PNG; Contact Us -.pdf; enplus 2019 disclosure 1.PNG; enplus 2019 disclosure 2.PNG; enplus 2019 disclosure 3.PNG; enplus 2019 disclosure 4.PNG; enplus 2019 disclosure 5.PNG; enplus 2019 disclosure 6.PNG; enplus 2019 disclosure 7.PNG; enplus 2019 disclosure 8.PNG; enplus 2021 disclosure 1.PNG; enplus 2021 disclosure 2.PNG; enplus 2021 disclosure 3.PNG; enplus 2021 disclosure 4.PNG; enplus 2021 disclosure 5.PNG; enplusgroup disclosure.PNG; killmary investments.PNG; ONRAMAHAN LTD - Companies House Cyprus - About.pdf; ONRAMAHAN LTD - Companies House Cyprus - Directors.pdf; rusal 2020 disclosure 1.PNG; rusal 2020 disclosure 2.PNG; rusal 2020 disclosure 3.PNG; rusal 2020 disclosure 4.PNG; rusal 2020 disclosure 5.PNG; rusal 2020 disclosure 6.PNG; rusal investor page 2.PNG; rusal investor page.PNG; rusal late 2020 disclosure 1.PNG; rusal late 2020 disclosure 2.PNG; rusal late 2020 disclosure 3.PNG; rusal late 2020 disclosure 4.PNG; rusal late 2020 disclosure 5.PNG; rusal late 2020 disclosure 6.PNG; rusal late 2020 disclosure 7.PNG; Arina Lazarou - OCCRP Aleph.pdf; Société UNITED COMPANY RUSAL LIMITED à JERSEY (Chiffre d'affaires, bilans, résultat) avec Verif.com - Siren 513391599 - Entreprise radiée.pdf; UNITED COMPANY RUSAL LIMITED (JERSEY) Chiffre d'affaires, résultat, bilans sur SOCIETE.COM - 513391599.pdf; Lazarou CEO.PNG; JDS MEDIA LTD __ Cyprus __ OpenCorporates.pdf; Casino -.pdf; LLC _STROY INVEST PROEKT_, Krasnoyarsk, TIN 2465209263, OGRN 1082468025870. Reviews and full information from the Unified State Register of Legal Entities, Pension Fund of the Russian Federation, Rosstat, accounting.pdf; КОМПАНИЯ _КРИППЛ КРИК ЛИМИТЕД_, КИПР (Регистрационный номер HE 156244) - учрежденные и управляемые организации в РФ.pdf; COMPANY _BASKERTON LIMITED_ (Reg. number HE 180523) details and established companies.pdf; FEIDELM LIMITED - Papeles de Panamá.pdf; PANDEAN LTD Cyprus OpenCorporates.pdf; SAL_EN_GROUP_IPJSC_na_31032021.pdf; ΑΡΙΝΑ ΛΑΖΑΡΟΥ (director) OpenCorporates.pdf; КОМПАНИЯ _КРИППЛ КРИК ЛИМИТЕД_.pdf; LGA & F Legal and Financial Consultans Inc - Contact us.pdf; КОМПАНИЯ _ТИАМЕРИАН ХОЛДИНГС ЛТД_ (Рег. номер HE 215393) реквизиты и учрежденные компании.pdf; ГЛАВНАЯ СТРАНИЦА.pdf; ООО _РУСАЛ ФОЛЬГА_, ОКПО 97214038.pdf; About - LGA&F.pdf; ООО _СТРОЙ ИНВЕСТ ПРОЕКТ_ , Красноярск, ИНН 2465209263, ОГРН 1082468025870. Отзывы и полные сведения из ЕГРЮЛ, ПФР, Росстат, бухгалтерия.pdf; COMPANY _CRIPLLE CREEK LIMITED_, CYPRUS (Registration number HE 156244) - companies incorporated and managed in the Russian Federation.pdf; LGA & F Legal and Financial Consultants Inc - About us.pdf; Список аффилированных лиц на 30.09.2020.pdf; COMPANY _CRIPPL CREAK LIMITED_.pdf; LLC _RUSAL FOIL_, ОКРО 97214038.pdf; Список аффилированных лиц на 31.12.2020.pdf; КОМПАНИЯ _БАСКЕРТОН ЛИМИТЕД_ (Рег. номер HE 180523) реквизиты и учрежденные компании.pdf; COMPANY _TIAMERIAN HOLDINGS LTD_ (Reg. number HE 215393) details and established companies.pdf; KILLMARY INVESTMENTS LTD - offshore entity of Cyprus.pdf; LGA&F.pdf; SAL_EN+_GROUP_IPJSC_na_300919.pdf; Arina Lazarou - Managing Director - LGA&F Legal And Financial consultants _ LinkedIn.pdf; Arina Lazarou (@ArinaLazarou) _ Twitter.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

FYI.

1

3623-002
Page 1 of 425

**From:** Doyle, Christopher Robin (NY) (FBI)
**Sent:** Friday, June 24, 2022, 1:32 PM
**To:** Maniscalco, Michael (NY) (FBI) ; Nevins, Haley Kathryn (NY) (FBI) ; Fox, Christina L. (NY) (FBI) ; Preis, Michael (NY) (FBI)
**Subject:** Tagmatarchi & Lazarou

Additional entities linked to Arina Lazarou (ΑΡΙΝΑ ΛΑΖΑΡΟΥ) and/or the following address: Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus

LGAF – LGA&F has a .org, .info, and .pro website – each website looks drastically different but they all link to one another and use the same contact email. Based on the same physical address and same email, the various LGA&F companies are likely all related.
- The lgaf.pro website listed ΑΡΙΝΑ ΛΑΖΑΡΟΥ / Arina Lazarou as its CEO

According to French corporate registration websites, ΑΡΙΝΑ ΛΑΖΑΡΟΥ / Arina Lazarou has been affiliated with United Company Rusal

Arina Lazarou also affiliated with
- Dentor Management Ltd
- Rusal Rogun Ltd
- Rual Foil Ltd
- Haytex Industries Corp
- Narina Trade Ltd
- Giddens Holdings Ltd
- Greenhelm Limited
- L.A. Lazarou & Co Ltd
- Mersal Coal Holdings Limited
- Wexler Ltd
- Metabate Holdings Ltd
- Mercalo Transportation Holdings Limited

ONRAMAHAN LTD (Registration Number: C264496)
- Director - SOUZI IRODOTOU
- Secretary - LGA & F NOMINEE SERVICES LIMITED
- Flat/Office 4-5, Tagmatarchou Pouliou 23, 1101 Nicosia, Cyprus

Killmary Investments - same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
- LGA&F Legal and Financial Consultants
- ΑΡΙΝΑ ΛΑΖΑΡΟΥ / Arina Lazarou
- Mossack Fonseca

BarneysCasino.com headquartered at the same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
- Does not appear to have a physical presence in the US
- "brand and website owned and operated by JDS Media Ltd"
    - JDS Media Ltd is affiliated with LGA&F Nominee Services Limited and with the same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address

Feidelm Limited - same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
BASKERTON LIMITED - same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
- Affiliated with LLC Rusal Foil

CRIPLLE CREAK LIMITED - same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
- Affiliated with LLC Rusal Foil

TIAMERIAN HOLDINGS LTD - same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address
- Affiliated with LLC Story Invest Project

Public financial disclosures from EN+ and Rusal both show multiple entities tied to their respective corporate structures as being affiliated with the same Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus address:
- LGA&F Nominee Services Limited
- RUSAL Finance Limited

- United company RUSAL IP Limited
- W.W. Alumina Trade Co Ltd
- Alumtrade Ltd
- MIRADORE ENTERPRISES LIMITED
- Fairfex Transportation Holdings Ltd
- TIAMERIAN HOLDINGS LTD

Best Regards,
Chris Doyle
Intelligence Analyst
FBI New York
Desk # ▮▮▮▮▮▮
Cell # ▮▮▮▮▮▮

3

| From: | Doyle, Christopher Robin (NY) (FBI) |
|---|---|
| Sent: | Thursday, May 30, 2024 4:15 PM |
| To: | Maniscalco, Michael (NY) (FBI); Nevins, Haley Kathryn (NY) (FBI); Dell, Rebecca (USANYS); Wikstrom, Derek (USANYS); Swett, Sebastian (USANYS) |
| Subject: | RE: Upcoming Trial |
| Attachments: | FW: Tagmatarchi & Lazarou |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Completed |

Hello Mike,
No problem. According to the attached open source research conducted in 2022, concerning entities linked to Arina Lazarou (APINA ΛAZAPOY) and/or address "Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus", Cyprus-based company Pandean was one of the entities identified as being associated with Lazarou/ ΛAZAPOY. Among other entities, both Lazarou/ ΛAZAPOY and address "Tagmatarchou Pouliou 23, Flat/Office 4-5, 1011, Nicosia, Cyprus had also been linked to RUSAL.
Best Regards,
Chris Doyle
Intelligence Analyst
FBI New York
Desk #
Cell #



1

3623-003
Page 1 of 1