

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

August 12, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Sergey Shestakov, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    I represent Sergey Shestakov in the above-referenced action, and write to respectfully request that the Court enter a minute entry on the docket describing any non-classified aspects of the Court's August 7, 2024 *ex parte* Classified Information Procedures Act, 18 U.S.C. app. 3 ("CIPA") conference with the government, including, for example, the potential timing of any review of materials by the government or the Court, or the potential timing of any briefing to the Court under Section 4 of CIPA.

                                            Respectfully submitted,

                                                 */s/ Rita M. Glavin*
                                                 Rita M. Glavin