

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government writes to notify the Court that the Government intends to file a classified, *ex parte* submission pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d). The Government respectfully requests permission to submit that filing on or before **September 30, 2024**.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                    By:   /s/_____
                           Rebecca T. Dell
                           Sheb Swett
                           Derek Wikstrom
                           Assistant United States Attorneys
                           (212) 637-2198 / 6522 / 1085

Cc:    Defense Counsel (by ECF)