USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 161. SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: August 20, 2024

Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

The Government writes to notify the Court that the Government intends to file a classified, *ex parte* submission pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d). The Government respectfully requests permission to submit that filing on or before **September 30, 2024**.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/_____
        Rebecca T. Dell
        Sheb Swett
        Derek Wikstrom
        Assistant United States Attorneys
        (212) 637-2198 / 6522 / 1085

Cc:    Defense Counsel (by ECF)