

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

Please be advised that today the Government has made a classified, *ex parte* submission to Judge Rearden pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d), concerning classified discovery in this case. A proposed Protective Order submitted to the Court is enclosed with this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Rebecca T. Dell
Sheb Swett
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2198 / -6522 / -1085

cc: Defense counsel (by ECF)