*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 4, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

The Government respectfully submits this letter in response to the defendant's letter dated September 27, 2024. (Dkt. 163). The defendant's letter repeats allegations about the Government's discovery practices, including the Government's request to file a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Fed. R. Crim. P. 16(d). Those allegations are baseless. With respect to the timing of the Government's CIPA filing, the Court set the briefing schedule after both parties asked for an adjournment of the trial date and after the defendant raised these same arguments with the Court. With respect to the Government's discovery obligations, the Government has complied and will continue to comply with them, and remains available to confer with the defendant, as it has previously offered. As the Government has stated previously (*e.g.*, Dkt. 155), if the defendant seeks relief from the Court, the Government will respond to that motion. The Government is also available to answer any questions the Court may have.

Finally, the defendant requests a conference following the Government's September 30, 2024 CIPA submission. While the Government does not believe a conference is necessary to address the defendant's September 27, 2024 letter, which seeks no particular relief, the Government is available should the Court wish to schedule a conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/
Rebecca T. Dell
Sheb Swett
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2198 / -6522 / -1085

cc: Defense counsel (by ECF)