UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 23 Cr. 16 (JHR) |
| SERGEY SHESTAKOV, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Defendant's letter seeking an *ex parte* conference. *See* ECF No. 170. Given the nature of Defendant's request, the conference is properly held *ex parte*. *See id.* The Court will hold an *ex parte* conference with defense counsel in **Courtroom 12B** of the Daniel P. Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007, on **November 6, 2024** at **12:15 p.m.** A court reporter will be present to transcribe the proceeding. The transcript will be maintained under seal and will be accessible, absent a court order, to defense counsel only.

The Clerk of Court is directed to terminate ECF No. 170.

SO ORDERED.

Dated: November 5, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge