UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 23 Cr. 16 (JHR) |
| SERGEY SHESTAKOV, | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 4, an *ex parte* conference with the Government will take place at the previously agreed upon time and place.

SO ORDERED.

Dated: November 7, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge