**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SERGEY SHESTAKOV,<br><br>                    Defendant. | Case No. 23 Cr. 16 (JHR)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Motion to Take the Deposition of Evgeny Fokin Pursuant to Federal Rule of Criminal Procedure 15, the affirmation of Rita M. Glavin and attached exhibits, and all prior pleadings and proceedings herein, Defendant Sergey Shestakov, by and through his counsel, hereby moves this Court, before the Honorable Judge Jennifer Rearden, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order granting Mr. Shestakov's Motion, and for such other relief as the Court may deem just and proper.

Dated:  New York, New York                                              */s/ Rita M. Glavin*
             November 12, 2024                                                Rita M. Glavin