# EXHIBIT 1



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

08/17/2021 16:00 EDT    Generated By: [REDACTED]    Page 1 of 5

| Referral Source | | | |
|---|---|---|---|
| **Referred By** | **Referred Date** | **Referred Time** | **Referred From** |
| [REDACTED] | 08/16/2021 | 17:10 EDT | [REDACTED] |

**Referral Reason**
[REDACTED]

| Encounter - [REDACTED] | | |
|---|---|---|
| **Last Name** | **First Name** | **DOB** |
| FOKIN | EVGENY | 12/24/1962 |
| **Carrier Code** | **Flight / Vessel Number** | **Inbound / Outbound** |
| SU - AEROFLOT | 102 | I - Inbound |

| **Hispanic** | **Gender** | **Race** | **Travel Document Presented** | **Lost / Stolen Document** |
|---|---|---|---|---|
| No | M - Male | U - UNKNOWN | Yes | No |

| **Doc Number** | **Doc Type** | **Issuing Country** |
|---|---|---|
| 531227831 | P - PASSPORT | RUS - RUSSIA |

| **State/Province** | **Nationality** | **City of Birth** | **Country of Birth** |
|---|---|---|---|
| | RUS - RUSSIA | MOSCOW | RUS - RUSSIA |

| **Father's Last Name** | **Father's First Name** | **Father's Middle Name** |
|---|---|---|
| | | |

| **Mother's Last Name** | **Mother's First Name** | **Mother's Middle Name** |
|---|---|---|
| | | |

| Baggage | |
|---|---|
| **Secondary Officer Name** | **Site Id** |
| [REDACTED] | [REDACTED] |
| **Inspection Start Date and Time** | **Inspection End Date and Time** |
| 08/17/2021 00:16 EDT | 08/17/2021 00:16 EDT |
| **FinCEN FORM 105** | **Currency Amount (USD)** |
| | |

**Flight / Vessel Crew**
No

**Departure / Destination**
SVO - SHEREMETYEVO

**Embarkation**
SVO - SHEREMETYEVO

| **No. of Passengers on Declaration** | **Bag Exam** | **Number of Bags X-Rayed** |
|---|---|---|
| 1 | No | |

| **Personal Search** | **Positive / Negative Inspection** | | **X-Ray/NII Utilized for this Inspection** |
|---|---|---|---|
| No | N - Negative | [REDACTED] | [REDACTED] |

**Category**

**Violation Codes**

| **Related Document Number** | **Create Incident Log** | **Incident Log Report Number** |
|---|---|---|
| | No | |

| **SAS Number** | **Create [REDACTED]** | **[REDACTED] Number** |
|---|---|---|
| | [REDACTED] | [REDACTED] |

| **Referring Officer Code** | **ADIS Code** | **Reason for Referral Code** |
|---|---|---|
| [REDACTED] | | [REDACTED] |

| **Baggage Inspection Complete** | **Create [REDACTED]** |
|---|---|
| Yes | [REDACTED] |

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
U.S. Department of Homeland Security
TECS - Secondary Inspection Report

08/17/2021 16:00 EDT　　　　Generated By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮　　　　Page 2 of 5

**Comments History**

~~For Official Use Only / Law Enforcement Sensitive~~



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

08/17/2021 16:00 EDT　　　　Generated By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮　　　　Page 3 of 5

| **Entered By:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **Created Date/Time:** 08/17/2021 00:20 EDT |

On August 16, 2021 subject FOKIN, Evgeny DOB: 12/24/1962 arrived at JFK Terminal 1 onboard flight SU 102, subject was in possession of his valid Russian Passport PP: 531227831 along with his valid B1 visa foil: P1945849. Subject was referred to passport control secondary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Subject stated that he is traveling alone tonight.

Subject stated that he is coming to the US for a three-day trip for his business En+ Group. Subject stated that while in NY he will be staying at the Renaissance Midtown NY, subject stated that he has stayed here previously. Subject stated that he has one meeting scheduled so far with BLJ Worldwide, subject stated his contact there is Sakura Komihima, subject stated that his meeting is scheduled on Tuesday at their NY office. Subject stated that this is a public relations company that his company has been dealing with for about three years. Subject stated that he has visited this company many times on his previous travels, and they are the main US public relations firm En+ uses.

Subject stated that it is possible he will have two additional meetings while in the US. Subject stated that he may possibly met with DCI a public relations firm that his company deals with in DC, and Spectrum Group which is a NJ based company that his company just signed a contract with. Subject stated that his contact at DCI is Justin Peterson, and his company has been working with DCI for about four months. Subject stated that his contact at Spectrum is Charlie Macgovlin (SP).

Subject stated that he has known Charlie for about two years now, subject stated that he met Charlie through a friend Sergi Shestakov. Subject stated that him and Sergi have been friends for many years, and he is unsure how Sergi and Charlie knew each other. Subject stated that his first interaction with Charlie was about two years ago when Sergi, Charlie and he were having drinks. Subject stated that since then Charlie and he have been friends. Subject stated that he generally sees Charlie when he travels to the US and comes to NY. Subject stated that En+ just recently entered into a contract with Spectrum group. Subject stated that En+ found out about Charlie through a law firm that they were dealing with who recommended him. Subject stated that beings Charlie had good reviews and a personal relationship with him he would be a good person to help their business. Subject stated that Spectrum will conduct due diligence on Norilsk a Russian nickel company. Subject stated that En+ is a minority stake holder in Norilsk for about the last 15 years, and they want to make sure that the company is operating properly and without any issues. Subject stated that he last saw Charlie in April when he was in the US, subject stated that at that time this was a social visit. Subject stated that he is not sure if he will see Charlie on this trip.

Subject stated that En+ is involved in power generation and aluminum production, subject stated that he has been working for En+ for about the past 10 years. Subject stated that he is the Director for international government relations. Subject stated that his boss is CEO Vladimir Kirukhin. Subject stated that his job involves dealing with various entities to affect the goals of his company. Subject stated that next to Canada his company is the largest exporter of aluminum products to the US. Subject stated that En+ has offices in Moscow and London, subject stated that they are listed on the London stock exchange.

Subject stated that he travels to US often for business. Subject stated that he was in the US in June for a visit with DCI in DC. Subject stated that he traveled with the Chairman of the En+ board Lord Barker who is from the UK. Subject stated that prior to that he was in the US in May to visit DCI as well. Subject stated that in April he was in the US for a visit with DCI and BLJ. Subject stated that while many of these trips are for business, he has many friends who reside in the US who he sees.

Subject stated that during his May trip he met with his friend Daniel Russel (Dan) who is the President of the US Russian Business Council (USRBC). Subject stated that he has known Dan for about 10 plus years now. Subject stated that he first met him while Dan worked for the US state department and was stationed in Moscow Russia. Subject stated that they became friends and have maintained that relationship. Subject stated that while he was in the US in May Dan and he met and discussed membership issues with the USRBC. Subject stated that En+ is a member of the USRBC and has been for many years. Subject

For Official Use Only / Law Enforcement Sensitive


stated that he is not sure if he will see Dan on this trip.

Subject stated that he also has personal dealings with his friend Alan Mustard, subject stated that Alan was a former US diplomat and he met him back in the late 80s when they were both working in government. Subject stated that he remained friends with him off and on over the years. Subject stated that they do not have any business dealings.

Subject stated that when he was in the US in June, he visited with his friend Eric Rubin subject stated that Eric is the president of the foreign service association. Subject stated that Eric worked in Moscow previously and that is where they met. Subject stated that he has known him for over ten years now. Subject stated that him and Eric do not have any business dealings and are just friends.

Subject stated that while in the US in June he also visited with his friend Gary Litman who works in the US Chamber of Commerce. Subject stated that En+ is part of the International Coalition for Sustainable Growth. Subject he has known Gary for about five years when they met at an international forum in Germany. Subject stated that Gary and his relationship is more business than pleasure.

Subject stated that from 1985 to 1997 he worked for the Russian government in the foreign ministry. Subject stated that he began his career in San Francisco, and then eventually moved to NY. Subject stated that he worked in the economic department and congressional relations. Subject stated that he also served as the Assistant to the Russian Ambassador to the US in 1995. Subject stated that he also worked in Russia for the foreign ministry as well.

Subject stated that he has previously traveled to North Korea in 2018 for an intergovernmental commission for cooperation between North Korea and Russia. Subject stated that his company En+ was looking at working on some power plants that would provide power to the people of North Korea. Subject stated that this is difficult because with the sanctions and issues with North Korea any power provided would have to be excluded from the North Korean government and their weapons building plants. Subject stated that in the end his company decided against and business within the country, because it was too difficult. Subject stated that in all he traveled to North Korea about 3 or 4 times. Subject stated that he was in Canada about three yeas ago to visit. Subject stated that his company was looking at an aluminum plant investment in Quebec. Subject stated that this never went through. Subject stated that he was in Brazil in 2019 for four days. Subject stated that this was part of the BRICS national summit to include Brazil, Russia, India, China and South Africa. Subject stated that BRICS is a way for these countries to communicate and develop future business dealings. Subject stated that he visits China often as they sell aluminum to China and also his company buys multiple pieces of equipment from China. Subject stated that he has never traveled to Iraq, Iran, Syria, Yemen, Afghanistan, Pakistan, Sudan, Somalia, Libya, or Lebanon. Subject stated that he has no business in any of these countries. Subject stated that as the head of En+s international government relations he deals with multiple government entities in the countries that En+ does business. Subject stated that he has had governmental level meetings in China, Canada, and Brazil. Subject stated that these meetings have only been for business meetings.

Subject stated that En+ has been previously sanctioned by the US for issues involving their former majority shareholder Oleg Deripaska. Subject stated that Deripaska was sanctioned for issues pertaining to election interference in 2016, along with violence in the Ukraine. Subject stated that this led to all of Deripaskas companies being sanctioned. Subject stated that those sanctions were lifted when a deal was cut for Deripaska to no longer run En+. Subject stated that he still maintains shares in the company but is no longer the controlling person within the company.

Subject stated that he currently lives at Ulitsa Plushikha 42 Apt 301 Moscow Russia. Subject stated that he lives with his wife Alla Fokina Akulkina, subject stated that she is a retired Aeroflot employee. Subject stated that he has two children Yuri (34) subject stated that he works as a free lance translator in Moscow. Subject stated that his daughter Alexandria is studying international diplomacy and is finishing her masters degree in Tel Aviv.

Subject stated that he is in possession of 200 USD and his company is paying for his

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

| 08/17/2021 16:00 EDT | Generated By: ▮▮▮▮▮ | Page 5 of 5 |
|---|---|---|

trip. Subject stated that he has no military service and does not belong to any charities, or political groups. Subject stated that he speaks Russian and English. Subject stated that he graduated from the Moscow State Institute of International Relations in 1985 with an international relations degree. Subject stated that he has a car service waiting to take him to the hotel tonight.

Subject provided the following contact information

Phone number and WhatsApp: 79857654319, 74992617617 and business 74956427937

Email: evgenyf@enplus.ru

Facebook: Evgeny Fokin 49

Subject was thanked for his cooperation and escorted to the FIS exit.

TFO Romanovich was on site for the entirety of the exam.

A baggage exam was conducted with negative results

**Referral Reason History**

**Referred By:** ▮▮▮▮▮ | **Referred Date/Time:** 08/16/2021 17:10 EDT | **Referred From** ▮▮▮▮▮

For Official Use Only / Law Enforcement Sensitive