# EXHIBIT 2

Brennan — John Zach
(3rd Paralegal) Martin DeLuca
Shah Small
Rebecca Dell
Derek Wikstrom
Brendan F.



T2 Some of this prompted by RG grilling us — not jury requests as much
MOL & Sue's telling us that BN + coming up at trial, everyone will know
    Want to be comfortable w/ facts
Why recital:
    Arin Lazaron — public filings where AL listed as affiliated person at BN +
        Public filings — have to list any individual as Director
        AL listed as ~~some~~ director for some companies)
        But AL rent-a-director

②

Fokin: tells story + ~~testifies to~~ — can we prove/disprove?
- Director for ENR, don't work for Deripaska
- Project was to gather intel for NorNickel litigation
- Got request from security department, goes to CM
- Shestakov a nobody — news to get CM

Fokin — ENR employee for 12 years
- Analyzing int'l issues, political risk, bilders cooperate w/ foreign corps
- Salaried   especially 2019-2021
- Never worked for Deripaska → not sure if that's just paycheck
- Reports to CEO - 2019-2021
- ENR paid for trips to US, including trips when he met w/ CM
- ~~Reports~~ Met CM in May 2018 through SS (knew SS since 90s)
- Friendship b/w SS + EF
- CM proposes delisting OD → EF says involvement limited to introduction
- CM ~~proposes~~ brings Fokin to K+R, brings EF to K+R offices
- Denies introducing K+R to OD → passed on contact to Gregory Ogarov
- Meeting in London → SS not invited: CM, SB, EF, OD, GO
- EF doing the handoff for delisting → not sure if ENR paid for travel
- GO handled from that point forward
- EF doesn't know why engagement concluded → Covid, GO does
- 2021 - ~~Fokin~~ on behalf of ENR/Rusal, approaches CM for NN research
- Got assignment from Alexander Osminin - Deputy CEO/head of security
- Went to CM b/c attractive + experienced w/ working w/ Russians
- Negotiated contract w/ Osminin's consent. Osminin ultimately approved
- Other employee worked w/ AL to execute contract
- Denies hiring SS — did not regard SS as useful — understands SS was around/involved
- CM does work from Aug. - November

(3)

Nov. 2021 - SS/CM disappear
Work was substandard, not useful
Discussed w/ Osminin
Tried to sell dark web files → EF thought laughable
Pushed CM to finish "phase one"
No contact w/ Agron Neza  (doesn't know what Fondan is
No contact w/ Arina Lazaran
Ognov died from Covid in 2021
Osminin died of cancer in 2023 → got death records

Company View
                                            → surprised at SS registration
Fondan - not an ENT subsidiary or affiliate or vendor or service provider
Some entities had w/in ENT group, had relationships at some point

Not w/ ENT itself, ENT doesn't have the records
Some connection/relationship → don't know timeframe

AL is an affiliated person
Lazaran has acted as director of fused company over the years
Don't know her relationship w/ Fondan
Trying to figure this out w/ company

Docs
Travel records for Fokin - Fokin submitted agendas + expense reports
Paid for trips → no references to SS/company (references to other meetings)

Issues:
Russia Law issues -
Environment where people don't want to talk
Sensitive nature of project - EF said would never email about project for security - project → text/print

(4)

EF [ EF says company had suffered hacks — didn't say yes or no to existing messages
Auto deleted apps — EF has not provided device
EF Investigating JV partner — instruction to keep in strictest confidence
Huge problems if found out

Getting token counsel, hasn't indicated he wants one
Took time to get access to EF
for BSF
Nobody @ BSF discussed it w/ him

Trying to get access to people w/in firm's legal who were working on
NorNickel litigation → to see if we can credit EF or not
Privilege issues