# EXHIBIT 3

| | |
|---|---|
| **From:** | Dell, Rebecca (USANYS) |
| **To:** | Dell, Rebecca (USANYS); Wikstrom, Derek (USANYS); Swett, Sebastian (USANYS) |
| **Subject:** | 2024.07.25 Call with James Croissette |
| **Date:** | Thursday, July 25, 2024 5:45:13 PM |

2024.07.25 Call with James Croissette, Sheb Swett, Derek Wikstrom, Mike Maniscalco, Rebecca Dell

- JC does not recall conducting the border search of Fokin; JC was part of a team that conducted an advanced media exam; during an advanced media exam, Fokin's phone was hooked up to a cellebrite, which generally creates an xml file which, when downloaded, creates an excel file; the resulting excel file contains contacts, call logs, messages, and, if they get lucky, whatsapp messages; in addition to cellebrite, advanced media team sometimes takes screenshots of phone contents that are not pulled by the cellebrite, including telegram messages
    - When shown USAO_00007757-00007757, JC said this was consistent with the types of reports generated by cellebrite
- During advanced media search, subject does not know his phone is being hooked up
- After an advanced media search is conducted, an electronic media report is created; JC sent us the one in this case; James Sanchez created the EMR while JC did extraction
- During a basic exam of a laptop, agents open laptop and click through it; they take screenshots only if there is something pertinent

Rebecca T. Dell
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
26 Federal Plaza
New York, NY 10278
(212) 637-2198
Rebecca.Dell@usdoj.gov

| | |
|---|---|
| **From:** | CROISSETTE, JAMES M |
| **To:** | Dell, Rebecca (USANYS) |
| **Cc:** | Swett, Sebastian (USANYS); Wikstrom, Derek (USANYS); Maniscalco, Michael (NY) (FBI) |
| **Subject:** | [EXTERNAL] Re: Discussion re: imaging of Fokin"s phone |
| **Date:** | Thursday, July 25, 2024 5:22:35 PM |
| **Attachments:** | image001.png |
| | image002.png |

BRIAN BECK 09/21/2021 09:44

On August 16, 2021, subject Evgeny FOKIN (DOB: 12/24/1962), arrived at JFK International Airport via Aeroflot flight SU102 from Moscow Russia. Subject presented valid Russian passport 531227831 alongside valid United States B1/B2 visa. Subject was referred to Passport Control Secondary as a match to TECS record P4F18444400C96. Subject is of interest to New York FBI due to his ties with the Russian Government and his frequent dealing with Russian and United States Government entities. Subject was found to be in possession of one cell phone, Apple iPhone 12 Mini (Model: MG8V3LL/A, S/N: C7CDP0HL0GRV, IMEI: 353008115815439) and one laptop Lenovo ThinkPad X (S/N: R9-010ENV IMEI: 35398005000478). CBP conducted an electronic media search due to National Security. EVGENY FOKIN is employed by Oleg Deripaska-associated company EN+ Group as the head of its "international cooperation" division. According to open sources, in April of 2018 EN+ Group and Basic Element were among the Russian entities which were sanctioned by the US Department of Treasury in response to Russian interference in the US elections, violence in Ukraine and other matters. Prior to his work for Deripaska-owned/associated companies, Fokin was a Russian diplomat who was stationed in San Francisco as well as Washington, DC in or around the 1990's. According to open sources, Fokin may have been affiliated with the Russian Foreign Intelligence Service (SVR) while stationed in Washington, DC. SCBPO Yousuf was advised of the search of subject's electronic media prior to the examination but was not present during the exam due to operational needs. Subject voluntarily presented his cell phone, Apple iPhone 12 Mini (Model: MG8V3LL/A, S/N: C7CDP0HL0GRV, IMEI: 353008115815439) and laptop Lenovo ThinkPad X (S/N: R9-010ENV IMEI: 35398005000478). in the powered on and unlocked position. The cellular service and data connections were disabled by placing both the cell phone and laptop in the airplane mode prior to the review of both devices. CBPO Croissette conducted a basic exam on the subject's Apple iPhone 12 Mini (Model: MG8V3LL/A, S/N: C7CDP0HL0GRV, IMEI: 353008115815439) and the subject's laptop Lenovo ThinkPad X (S/N: R9-010ENV IMEI: 35398005000478) at 1730 hours and concluded at 1810 hours. Due to the extend and nature of Fokin's activities in the United States and in Russia and, if confirmed that the subject was travelling to the U.S for an illicit purpose, he would be deemed inadmissible to the U.S under INA 212 7(a) 1, therefore an Advance media exam was requested, and approved by Watch Commander Huss. CBPO Croissette conducted an advance media exam on the subject's Apple iPhone 12 Mini (Model: MG8V3LL/A, S/N: C7CDP0HL0GRV, IMEI: 353008115815439 at 1810 hours and concluded at 1905 hours. The Advance media

exam was successful.Information was uploaded to port event 39332222 and the copy being temporarily stored to assist in uploading the information into a CBP system was destroyed. No derogatory information was discovered, however, a copy of the information from the electronic device(s) was determined to be of significant law enforcement interest, given the totality of the circumstances. Both devices were returned to the subject at 1910 hours. Subject was provided with an Inspection of Electronic Devices tear sheet and was admitted as a B1- visitor.