# EXHIBIT 5

| | |
|---|---|
| **From:** | Dell, Rebecca (USANYS) |
| **To:** | Swett, Sebastian (USANYS); Wikstrom, Derek (USANYS); Dell, Rebecca (USANYS) |
| **Subject:** | 2024.06.25 Call with Chris Doyle |
| **Date:** | Tuesday, June 25, 2024 4:45:55 PM |

2024.06.25 Call with Chris Doyle, Michael Maniscalco, Rebecca Dell, Sheb Swett

- In 2022: CD had familiarity with Deripaska network; CD was asked if Pandean was familiar with to him; it was not immediately familiar; CD conducted open source searching on the name Ariana Lazarou and address in Cyprus and provided results; CD searched address and name in Cyrilic and English
    - Address is listed in EN+ and Rusal paperwork and affiliated with LG&A

Rebecca T. Dell
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
26 Federal Plaza
New York, NY 10278
(212) 637-2198
Rebecca.Dell@usdoj.gov