# EXHIBIT 6



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/29/2024 09:40 EDT        Generated By: ▮▮▮▮▮▮▮▮        Page 1 of 3

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 12/15/2021 00:00 | SU | 105 | O | | | APIS | ON BOARD | | | SVO | IAD |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 12/13/2021 17:30 | AF | 54 | I | | | APIS | ON BOARD | | | IAD | CDG |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 11/11/2021 00:00 | SU | 125 | O | | | APIS | ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 11/08/2021 17:09 | SU | 124 | I | | | APIS | ON BOARD | | | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 10/23/2021 00:00 | SU | 105 | O | | | APIS | ON BOARD | | | SVO | IAD |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 10/20/2021 15:01 | SU | 104 | I | | | APIS | ON BOARD | | | IAD | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 09/15/2021 00:00 | SU | 105 | O | | | APIS | ON BOARD | | | SVO | IAD |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 09/10/2021 17:39 | SU | 102 | I | | | APIS | ON BOARD | | | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 08/19/2021 00:00 | SU | 103 | O | | | APIS | NOT ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 08/18/2021 00:00 | SU | 125 | O | | | APIS | ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 08/16/2021 17:10 | SU | 102 | I | | | APIS | ON BOARD | | | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 06/25/2021 00:00 | SU | 103 | O | | | APIS | ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 06/22/2021 17:14 | SU | 102 | I | | | APIS | ON BOARD | | | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 05/21/2021 00:00 | SU | 103 | O | | | APIS | ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 05/16/2021 16:34 | SU | 102 | I | | | APIS | ON BOARD | | | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 04/17/2021 16:39 | KL | 652 | O | | | APIS | | | | AMS | IAD |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 04/11/2021 19:22 | TK | 7 | I | | | APIS | ON BOARD | | | IAD | IST |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 02/13/2020 00:00 | SU | 101 | O | | | APIS | ON BOARD | | | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 02/09/2020 17:38 | AF | 54 | I | | | APIS | ON BOARD | | | IAD | CDG |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 12/07/2019 17:57 | AF | 55 | O | | | APIS | | | | CDG | IAD |

~~For Official Use Only / Law Enforcement Sensitive~~

USAO_00021290



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/29/2024 09:40 EDT       Generated By: ▮▮▮▮▮▮       Page 2 of 3

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 12/03/2019 16:48 | AF | 54 | I | | ▮ | APIS | ON BOARD | | ▮ | IAD | CDG |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 07/19/2019 00:00 | SU | 103 | O | | ▮ | APIS | NOT ON BOARD | | ▮ | SVO | JFK |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 07/19/2019 00:00 | SU | 101 | O | | ▮ | APIS | ON BOARD | | ▮ | SVO | JFK |
| FOKIN | EVGENY YURYEVICH | 12/24/1962 | VN | 530689142 | 07/14/2019 17:33 | SU | 102 | I | | ▮ | APIS | ON BOARD | | ▮ | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 05/16/2019 00:00 | SU | 103 | O | | ▮ | APIS | ON BOARD | | ▮ | SVO | JFK |
| FOKIN | EVGENY YURYEVICH | 12/24/1962 | VN | 530689142 | 05/14/2019 17:33 | SU | 102 | I | | ▮ | APIS | ON BOARD | | ▮ | JFK | SVO |
| FOKIN | EVGENY | 12/24/1962 | P | 531227831 | 04/12/2019 00:00 | SU | 103 | O | | ▮ | APIS | ON BOARD | | ▮ | SVO | JFK |
| FOKIN | EVGENY YURYEVICH | 12/24/1962 | VN | 530689142 | 04/09/2019 12:29 | SU | 100 | I | | ▮ | APIS | ON BOARD | | ▮ | JFK | SVO |

**Total Number of Records: 28**

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| CDG | PARIS, CH. DE GAULLE |
| AMS | AMSTERDAM-SCHIPHOL |
| IST | ISTANBUL AIRPORT |
| SVO | SHEREMETYEVO |
| IAD | DULLES INTL |
| JFK | JOHN F KENNEDY INTL |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |

| Site Code |
|---|

For Official Use Only / Law Enforcement Sensitive

USAO_00021291



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/29/2024 09:40 EDT  Generated By: ▇▇▇▇▇▇▇▇▇▇  Page 3 of 3

| Codes | Value |
|---|---|
| ▇ | - NEW YORK, JFK AIRPORT, TERM 1 |
| ▇ | - CBP-WASH DC, DULLES INTL AP |

For Official Use Only / Law Enforcement Sensitive