# EXHIBIT 7

```
DECLASSIFIED BY: NSICG  C32W33B91
ON 10-25-2021

THIS REDACTED VERSION ONLY
```



## Filing and Security

|   |   |   |   |
|---|---|---|---|
| **Primary Case:** | ▇-NY-3036145- | **Case Title:** | (U) ▇ |
| **Serial Number:** | 51 | | |
| **Serialized:** | 06/30/2021 | | |
| **Category:** | Full Investigation | | |
| **Initiated:** | 12/20/2018 | | |

**Referenced By:** 📁 ▇-NY-3036145-▇
🏆 Accomplishment



## Details

**Document Title:** ▇ Physical Surveillance of Yevgeniy Yuryevich Fokin on 06/23/2021

**Office Conducting:** WF

**Details:** ▇

**Persons Observed:**

- Yevgeniy Yuryevich Fokin, wearing a blue short sleeve polo with khaki shorts, and brown shoes (EF).
- Known white male with gray slicked back hair (seen before with EF) wearing a white dress shirt, and black pants (KWM).

- Unknown white male wearing a red short sleeve polo shirt with dark pants (UWM).

**Locations Visited:**

- 2201 M Street NW, Washington, DC (HOTEL)
- 1217 22nd Street NW, Washington, DC (WALGREENS)
- Tatte Bakery and Cafe, 1200 New Hampshire Avenue NW, Washington, DC (TATTE CAFE)
- 1800 L Street NW, Washington, DC (NORDSTROM RACK)
- 1200 19th Street NW, Washington, DC (JOS A. BANKS)

**Vehicles Observed:**

- Silver Toyota Camry with Virginia Plates UMG2121 (LYFT)
- Green hatchback Volkswagen with roof rack bearing Virginia plates TEAMSKY (VEHICLE)

**Summary:**

Surveillance of EF was instituted in the vicinity of the HOTEL at 5:55am. EF exited the HOTEL, stopped briefly at TATTE CAFE, saw that it was closed and returned into the HOTEL around 6:11am. At 7:00am EF and KWM exited the HOTEL and walked to TATTE CAFE where they had pastries and coffee before going separate ways around 7:46am. **KWM got into a LYFT and departed the vicinity** At At 10:09am EF and UWM walked to TATTE CAFE, grabbed coffee, and returned to the HOTEL. At 11:26am UWM exited the HOTEL and entered VEHICLE **VEHICLE did not appear to be registered**. At 11:27am EF walked to NORDSTROM RACK, then looped back around and shopped at JOS A. Banks around 12:06pm. At 12:20pm EF exited JOS A. BANKS with a shopping bag and walked a direct route to the HOTEL. At 12:47pm EF exited the HOTEL and walked east toward the WALGREENS where he was no longer observed.

**See Attached 1A Surveillance Log

## Surveillance Information



Observed:     06/23/2021 05:55 AM EDT
Observation:  (U//LES) Surveillance of EF was instituted at the HOTEL. **See attached 1A surveillance log**

Observers
FBI:

USAO_00013579



DECLASSIFIED BY: NSICG C32W33B91
ON 10-25-2021

THIS REDACTED VERSION ONLY

## Filing and Security

| | |
|---|---|
| Primary Case | ▮-NY-3466061-▮ |
| Serial Number | 10 |
| Serialized | 10/04/2021 |
| Category | Full Investigation |
| Initiated | 07/14/2021 |

Case Title (U//FOUO) ▮



## Details

| | |
|---|---|
| Document Title | ▮ ▮ 09-10-2021 YEVGENIY YURYEVICH FOKIN |

Office Conducting   NY

Details   ▮

\*\*\*The purpose of the surveillance was to observe and document the activities of YEVGENIY YURYEVICH FOKIN and to identify any contacts.

LOCATIONS:

- JOHN F. KENNEDY INTERNATIONAL AIRPORT, TERMINAL 1
- RENAISSANCE NEW YORK MIDTOWN HOTEL, 218 West 35 Street, New York, New York 10001
- The MONARCH ROOFTOP, 71 West 35 Street, New York, New York 10001

VEHICLES:

- (NY) KJH7680 - Black Chevrolet Suburban

ENTITIES:

- YEVGENIY FOKIN
- SERGEI SHESTAKOV
- KNOWN INDIVIDUAL

SUMMARY:

FOKIN arrived at JFK via known flight wearing gray pants, black jacket and black backpack.

FOKIN retrieved a dark small/medium sized rolling luggage bag that was stacked on the floor with other luggage near the flights assigned carousel.

FOKIN walked toward the Terminal exit where he was met by an unidentified male (UM) wearing dress attire with necktie. The (UM) took the rolling luggage from FOKIN and both exited the Terminal and walked across the inner roadway and stood on the median waiting area. FOKIN lit a cigarette and conversed with the (UM).

FOKIN finished smoking the cigarette and both walked to the Terminal parking garage........ (UM) with the rolling luggage and FOKIN retained possession of the backpack.

Both entered a black Chevrolet Suburban bearing New York license plate KJH 7680 (FOKIN as passenger). \*\*\*DMV Report Attached\*\*

USAO_00013654

FOKIN was dropped off at the Renaissance New York Midtown Hotel, 218 West 35th Street, New York, NY 10001. ***FOKIN smoked a cigarette prior to entering Hotel***

FOKIN exited the hotel and walked to the Monarch Rooftop Cocktail Bar, 71 West 35th Street, New York, NY 10001.

FOKIN was observed at a secluded / isolated table with Sergei Shestakov and a "Known Individual".
***All three individuals were huddled up in conversation.
***At one point the FOKIN and "Known Individual" stood up and hugged then sat back down.
***FOKIN left table (Did NOT return). As "Known Individual" and Shestakov were standing to leave "Known Individual" was observed with one hand on Shestakov's shoulder and the other hand rubbing his back.

9:05pm The individuals left the bar and walked west out of view.

No further observations for the remainder of the shift.

**Surveillance Information**



| | |
|---|---|
| Observed | 09/10/2021 02:00 PM EDT |
| Observation | Surveillance Instituted in the vicinity of John F. Kennedy Airport Terminal 1. |
| Observers | |
| FBI | |
| External | None |

| | |
|---|---|
| Observed | 09/10/2021 05:30 PM EDT |
| Observation | YEVGENIY FOKIN approached the immigration and customs booth from the gate area, wearing gray pants, black shirt and carrying a black backpack. |
| Observers | |
| FBI | |
| External | None |

Surveillance Photos
PXL_20210910_2127479
80 MP.jpg

| | |
|---|---|
| Observed | 09/10/2021 05:40 PM EDT |
| Observation | FOKIN exited the immigration and customs booth texting on his cellphone. |
| Observers | |
| FBI | |
| External | None |

| | |
|---|---|
| Observed | 09/10/2021 05:41 PM EDT |
| Observation | FOKIN walked over to suitcases sitting on the floor between carousels and retrieved piece of dark rolling luggage. |



FD-1055 (Rev. 08-17-12)

This Redacted Version Only

# FEDERAL BUREAU OF INVESTIGATION
## Physical Surveillance Log

Title: ▮▮   11-09-2021 YEVGENIY FOKIN         Date: 01/21/2022



Case ID #:   NY-3466061-▮
             NY-3356467-▮
             LA-3153003-▮

Enclosure(s): Enclosed are the following items:
1. ▮   11-09-2021 1050 Mr. F Log Notes
2. ▮   11-09-2021 1050 Mr. F SITREP
3. ▮   11-09-2021 1050 Photo of FOKIN with ▮ (CHARLES MCGONIGAL)
4. ▮   11-09-2021 1050 Photo 2 of FOKIN with ▮ (CHARLES

USAO_00013704

Title:  11-09-2021 YEVGENIY FOKIN
Re: NY-3466061   01/21/2022

MCGONIGAL)
5.          11-09-2021          Photo of FOKIN walking from hotel
6.          11-09-2021          Photo of FOKIN at breakfast with
7.          11-09-2021          Photo of SHESTAKOV joining       for breakfast
8.          11-09-2021          Photo of banners in park photographed by FOKIN
9.          11-09-2021          Photo of park taken at same angle as photographed by FOKIN.
10.         11-09-2021          DMV Report (CA) 8KAC914

**Office Conducting Surveillance:** NY



**Details:**
LOCATIONS:

- Residence Inn by Marriott, 148 East 48 Street, New York, New York 10017
- Intercontinental Barclay Hotel, 111 East 48 Street, New York, New York 10017
- Central Park at East 60 Street, Scholars' Gate, Doris C. Freedman Plaza, New York, New York 10065
- Apple Fifth Avenue Store, 767 Fifth Avenue, New York, New York 10153
- Hop Won Express, 139 East 45 Street, New York, New York 10017
- Apple Grand Central Store, 45 Grand Central Terminal, New York, New York 10017

VEHICLES:

2

Title: ▇▇▇ 11-09-2021 YEVGENIY FOKIN
Re: ▇▇ NY-3466061 ▇▇ 01/21/2022

- 8KAC914 (CA) Dark Gray Range Rover Velar

ENTITIES:

- YEVGENIY FOKIN
- SERGEY SHESTAKOV
- ▇▇▇▇ (CHARLES MCGONIGAL)

SUMMARY:
6:29am- YEVGENIY FOKIN exited the known hotel and lit a cigarette as he walked west toward Lexington Avenue. FOKIN turned around and walked back to the hotel and entered.

6:57am- FOKIN exited the hotel and lit a cigarette as he walked to Third Avenue. He continued to walk south on Third Avenue, west on East 45th Street, north on Lexington Avenue then east on East 48th Street then entered the known hotel.

*7:59am- ▇▇▇▇ (CHARLES MCGONIGAL) was observed wearing a dark suit and carrying a manila envelope(s), he entered FOKIN's known hotel then <u>immediately</u> exited and walked west on East 48th Street and entered the Lexington Hotel located at 511 Lexington Avenue, New York, NY, 10017.*

8:25am- FOKIN exited the known hotel and was accompanied by ▇▇▇▇ (CHARLES MCGONIGAL) ▇▇▇▇ still holding the manila envelope(s) from the 7:59am observation).
Both walked to the **Intercontinental New York Barclay Hotel located at 111 East 48th Street, New York, NY, 10017.**
Both sat at a table in the restaurant in the hotel. A short time later FOKIN and ▇▇▇▇ (CHARLES MCGONIGAL) were joined by SERGEI SHESTAKOV. ***Photos will be attached to the FD-1055.*

<u>***FISUR Team overheard the following:</u>

▇▇▇▇ (CHARLES MCGONIGAL) - "I went from being a spy catcher to a marketing (executive) or (consultant)"

3

```
Title:                          11-09-2021 YEVGENIY FOKIN
Re:         NY-3466061          01/21/2022
```

*"I have the drafts ready and I will send them over"*

FOKIN, ▮▮▮▮▮ (CHARLES MCGONIGAL) and SHESTAKOV got up from the table and walked to the hotel exit, SHESTAKOV walked back to their table briefly then rejoined FOKIN and ▮▮▮▮▮ (CHARLES MCGONIGAL). As they exited the hotel hugs were exchanged and **FOKIN was observed carrying a manila envelope(s) (strong resemblance to the envelope(s)** ▮▮▮▮▮ **(CHARLES MCGONIGAL) was carrying).** \*\*\* ▮▮▮▮▮ **(CHARLES MCGONIGAL) was no longer observed carrying any envelope(s).**

All walked east on East 48th Street, ▮▮▮▮▮ (CHARLES MCGONIGAL) and SHESTAKOV entered a light colored **Range Rover Velar bearing California license plate 8KAC914 (KNOWN INDIVIDUAL as the driver).** The Range Rover traveled east out of view. *\*\*\*DMV Report Attached\*\*\**

FOKIN entered the hotel carrying the envelope(s) then exited shortly thereafter **without the envelope(s).** He "stair-stepped" (walked) in a north easterly direction. *(Slight periodic "look-backs")*

FOKIN entered **Central Park** in the vicinity of 5th Avenue & West 59th Street. FOKIN appeared to take a couple of photos of banners with his cellphone. *\*\*Photos of presumed banners were taken by FISUR Team and will be attached to the FD-1055.*

FOKIN exited the park and entered the **Apple Store** located at 5th Avenue & East 59th Street. FOKIN perused the displays and briefly interacted with a sales person.

FOKIN exited the Apple Store and walked back to the known hotel.

12:47pm- FOKIN exited the hotel wearing a **dark backpack**. FOKIN **slowly walked to the Hop Won Express Chinese Restaurant located at 139 East 45th Street, New York, NY, 10017.** *\*\*\*FOKIN was observed sitting at a table (with seating for four) by himself facing the door eating.*

```
Title:                          11-09-2021 YEVGENIY FOKIN
Re:        NY-3466061           01/21/2022
```

FOKIN exited the Chinese Restaurant and walked to **Grand Central Station**. FOKIN walked to the Concourse area then up the stairs to the **Apple Store**. He exited the Apple Store and walked to the Concourse level and was observed intently looking /using his cellphone then it appeared he transitioned to a "voice call" with the cellphone

FOKIN walked over to the ticket window.

**Observations:**
  **Observed:** 11/09/2021 06:20 AM EST
  **Observation:**
        Surveillance instituted in the vicinity of the Residence Inn by Marriott, 148 East 48 Street, New York, New York
  **Observer(s):**

  **Observed:** 11/09/2021 06:29 AM EST
  **Observation:**
        YEVGENIY FOKIN exited The Residence Inn hotel, smoking a cigarette, and walked west on East 48 Street.
  **Observer(s):**
  **Route:**
  West on East 48 Street, South on Lexington Avenue, North on Lexington Avenue, East on East 48 Street

  **Observed:** 11/09/2021 06:36 AM EST
  **Observation:**
        FOKIN re-entered the Residence Inn by Marriott hotel.
  **Observer(s):**

5



