# EXHIBIT 8

| From | To | Direction | Subject | Body | Timestamp-Da |
|---|---|---|---|---|---|
| ▉ Евгений Фокин | +▉ cjm99574 (owner) | Incoming | | From 77-pager | 11/3/2021 |
| ▉ Евгений Фокин | +▉ cjm99574 (owner) | Incoming | | Atomyze LLC, Symbridge LLC. Need UBO - ultimate beneficial owner structure. | 11/3/2021 |
| ▉ Евгений Фокин | +▉ cjm99574 (owner) | Incoming | | linking to the target | 11/3/2021 |