# EXHIBIT 9



**U.S. Department of Justice**

Federal Bureau of Investigation

████████████████████████

Washington, D.C. 20535

Reference Number: ██████████

Date:          March 25, 2022

To:            ███████████████████████████
               ███████████████████████████
               ███████████████████████████
               ███████████████████████████

From:          ███████████████████████████
               ███████████████████████████
               ███████████████████████████
               ███████████████████████████

Subject:       ████ Request Visa Revocation of Yevgeniy Yuryevich Fokin

## ACTION MEMORANDUM

████████████████████████████████████████████████████████████

███████ This memorandum requests the U.S. Department of State (DoS), Bureau of Consular Affairs to assist with the revocation of Yevgeniy Yuryevich FOKIN's visa. FOKIN's current visa expires on 29 September 2022 and FOKIN is currently outside the U.S.

██████ YEVGENIY YURYEVICH FOKIN (AKA EVGENY FOKIN) DOB: 12/24/1962 works for EN+, an OLEG DERIPASKA-associated company, as the head of its "international cooperation" division. Prior to his work for DERIPASKA-owned/associated companies, FOKIN was a Russian diplomat who was stationed in San Francisco as well as Washington, DC in or around the 1990's. █████████████████████████████ FOKIN maintained an affiliation with the SVR as a probable co-optee or agent while posted in Washington, DC.

██████ Investigation of FOKIN has provided significant evidence that although FOKIN works for EN+ which was removed from International Emergency Economic Powers Act (IEEPA) sanctions for ostensibly separating itself from OLEG DERIPASKA, FOKIN continues to be engaged in activities in the United States on behalf of OLEG DERIPASKA who remains

███████████████████████

███████████████████████

sanctioned. The FBI also suspects that at least some of FOKIN's activity in the United States is being conducted in association with the Russian Foreign Intelligence Service (SVR).

### Ongoing Work for Sanctioned Russian Oligarch OLEG DERIPASKA

According to a March 2022 interview of ███████████, FOKIN explained that the sanctions on DERIPASKA required a re-organization of DERIPASKA's ownership structure. FOKIN was responsible for devising and instituting the changes that resulted in the divestment of DERIPASKA's assets. FOKIN told ███████ that he was responsible for the negotiations with the US Treasury regarding a divestment proposal in which GREG BARKER (AKA BARON BARKER OF BATTLE, AKA LORD BARKER) would assume ownership of the entities that would otherwise be subject to sanction. Ultimately, this proposal was approved by the USG and the plan was implemented within the DERIPASKA organization. These changes resulted in the removal of sanctions. FOKIN currently works for EN+ GROUP, which FOKIN emphasized to ███████ is owned by BARKER and not DERIPASKA. However, during their conversations FOKIN appeared to hint that he continues to conduct work on behalf of DERIPASKA.

According to ███████████, as of November 2019 YEVGENIY FOKIN stated that DERIPASKA continued to give him direct orders, despite the agreement between EN+ and the US Treasury Office of Foreign Asset Control (OFAC) that was supposed to limit DERIPASKA's influence over the company as a condition of having the company de-listed from sanctions. FOKIN joked that due to the OFAC agreement, DERIPASKA now simply used the word "please" when he gave orders to EN+ and Rusal executives. Another unidentified employee of EN+ or RUSAL said something similar about DERIPASKA giving them orders. Several people have said that there is business at RUSAL and EN+ that occurs behind the scenes, and the boards of directors are not aware of these activities. For example, even GREGORY BARKER (Chairman of the board for EN+) is not aware of everything that occurs at DERIPASKA's companies.

According to a March 2022 interview of ███████████ FOKIN was believed to continue to work for DERIPASKA despite DERIPASKA remaining sanctioned. Per USG2, in 2020 FOKIN stated he was here (in the US) to represent DERIPASKA since DERIPASKA was not allowed to come to the US.

### FBI Investigation Highlights FOKIN's Continuing Work For DERIPASKA

The FBI began to deploy significant surveillance resources against FOKIN during his visits to the United States beginning in July 2019. On each of FOKIN's trips to the US he was observed meeting with a variety of current and former US Government officials including a former US DOJ official USPER1. FOKIN's meetings with USPER1 continued through at least November 2021.

Communications obtained by the FBI between FOKIN and USPER1 indicated that FOKIN helped coordinate a meeting involving USPER1, FOKIN and OLEG DERIPASKA in London in or around June 2019 to engage USPER1 into a potential financial relationship. Also present for this meeting in London was GEORGIY OGANOV who was designated by the FBI as a suspected SVR officer while posted to the US in the 1990's and who is described in the US Senate Select Committee on Intelligence Report pertaining to Russian Active Measures

Campaign and Interference in the 2016 Election (the "Senate Report") as DERIPASKA's strategic advisor who maintained ties to the Russian MFA "at the deputies level".

**Visa Revocation Request**

As the above information provides extremely strong evidence that FOKIN is conducting activities in the United States on behalf of sanctioned Russian Oligarch OLEG DERIPASKA the FBI requests the US Department of State revoke FOKIN's current visa and deny him future access to the United States.

The alien's identifiers are as follows:

**NAME:** Yevgeniy Yuryevich Fokin
**DOB:** 24 December 1962
**COB:** Moscow
**ADDRESS:**
**NATIONALITY:** RUS
**PASSPORT # and TYPE:** 531227831, Reg
**TELEPHONE:** 79857654319