EXHIBIT 10



United States Department of State
Washington, D.C. 20520

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, Larry W. Talbott hereby declare under penalty of perjury:

I am Deputy Director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records for the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of U.S. visa applications since 1997.

The attached documents are true, accurate and complete copies of the information contained in the Consular Consolidated Database maintained by the U.S. Department of State, Bureau of Consular Affairs, for the non-immigrant visa application submitted by **Evgeny Yuryevich Fokin** (Date of Birth **December 24, 1962**) and adjudicated at the U.S. Embassy in **Moscow** (Control Number **2019259 520 0002**). This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the Department of State. The record was kept pursuant to the Department of State's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
August 8, 2024

*Larry W. Talbott*
—————————————
Larry W. Talbott

SENSITIVE BUT UNCLASSIFIED



# NIV Applicant Detail

███████████████████████████████

**The United States Department of State/Bureau of Consular Affairs**

**Sensitive But Unclassified (SBU)**–Information Protected under INA 222(f) and 9 FAM 603: This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

REVOKED

REVOKED

REVOKED

REVOKED

REVOKED

REVOKED



**Issuing Post Name**
MOSCOW (MOS)
**Surname**
FOKIN
**Given Name**
EVGENY YURYEVICH

**Control Number**
2019259 520 0002

**Passport Number**
531227831, Regular

**Gender**

SENSITIVE BUT UNCLASSIFIED

USAO_00021260

Male

**Date of Birth**
24DEC1962

**Nationality**
RUS

**Place of Birth**
Russia (RUS)

**City of Birth**
MOSCOW









**Visa Data**

**Visa Class**
Visitor For Business And Pleasure (B1/B2)
**Issued**
01-OCT-2019
**Entries**
M
**Expires**
29-SEP-2022
**Foil Number**
P1945849
**Annotation**
CLEARANCE RECEIVED 27-SEP-2019

**Additional Case Notes**

There are presently no additional case notes for this case.

SENSITIVE BUT UNCLASSIFIED

## Adjudication History

| Adjud Date | Status | Refusal | Section of Law | O/W? | Approval Date |
|---|---|---|---|---|---|
| 16-SEP (September)-2019 | Refused | G | 221(G) | Overcome | 30-SEP-19 |
| 16-SEP (September)-2019 | Error | | | | |
| 30-SEP (September)-2019 | Issued | | | | |

## Foil History

| Foil Number | Class | Printed | Foil Status | Date Spoiled |
|---|---|---|---|---|
| P1945849 | B1/B2 | 01-OCT (October)-2019 | Printed and passed QA | 26-MAR (March)-2022 |



SENSITIVE BUT UNCLASSIFIED

USAO_00021262



**Application Data**

**Appointment Date**

**Birth Place City**
MOSCOW
**Passport Number**
531227831
**Passport Issue Date**
07-DEC-2016
**Passport City**
MOSCOW RUS
**Passport Book Number**

**Passport Expires**
07-DEC-2026
**Passport Country**
RUS
**Address**
ULITSA PLUSHIKHA 42 APT 301
**City**
MOSCOW
**Country**
RUS
**State**

**Postal Code**
119121
**Barcode Number**
AA0096VL73
**National ID**

**Employer**
EN PLUS GROUP
**Occupation**
COMMUNICATIONS
**Visa Type**
Regular
**Petitioner Name**

**STC Name**

**Telephone**
79857654319 (home)
74956427937 (work)
74992617617 (other)
**Email**
EVGENYYF@ENPLUS.RU
**Contact Name**
DANIEL RUSSELL
**Contact Phone(s)**
2027399180
**Arrival Date**
06-NOV-2019
**Misc Data**

SENSITIVE BUT UNCLASSIFIED

**Associated Case(s)**

There are presently no other cases known to be associated with this case.

**NIV Online Application**

View NIV Online Application Detail

**Scanned Documents**

**Scan Batch**

**Date Scanned**

**Comments**

0000369886

18-SEP-2019 09:44

████████

| Doc Number | Doc Type | Duplex Part |
|---|---|---|
| 1 | APPLICATION | Front |

**Scan Batch**

**Date Scanned**

**Comments**

0000369887

18-SEP-2019 09:44

| Doc Number | Doc Type | Duplex Part |
|---|---|---|
| 1 | APPLICATION | Front |

**Scan Batch**

**Date Scanned**

**Comments**

0000369888

18-SEP-2019 09:44

| Doc Number | Doc Type | Duplex Part |
|---|---|---|
| 1 | APPLICATION | Front |

**Scan Batch**

**Date Scanned**

**Comments**

0000369889

18-SEP-2019 09:44

| Doc Number | Doc Type | Duplex Part |
|---|---|---|
| 1 | APPLICATION | Front |

SENSITIVE BUT UNCLASSIFIED

**Scan Batch**

**Date Scanned**

**Comments**

0000369949

18-SEP-2019 15:30

Updated info (travel history)

| Doc Number | Doc Type | Duplex Part |
|---|---|---|
| 1 | OTHER | Front |

SENSITIVE BUT UNCLASSIFIED

7/23/24, 11:12 AM
CEAC DS-160 Report

**CEAC DS-160 Report - Sensitive But Unclassified(SBU)**

| ⚠ **WORK, EDUCATION AND TRAINING** | **BARCODE #:** **AA0096VL73** **STATUS: SUBMITTED** | ⚠ **Data Check Pending** |
|---|---|---|

## ⬙ REMARKS

| Seq. | Section | Remarks | Submit Date | Site Code |
|---|---|---|---|---|
| | | | | |

### ⬙ PERSONAL

| | |
|---|---|
| Name Provided: | **FOKIN, EVGENY** |
| Full Name in Native Language: | ФОКИН ЕВГЕНИЙ ЮРЬЕВИЧ |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | **24 DECEMBER 1962** |
| Country/Region of Birth: | **NEW YORK, NEW YORK, UNITED STATES OF AMERICA** |
| Country/Region of Origin (Nationality): | **RUSSIA** |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above? | NO |
| Sex: | **MALE** |
| Marital Status: | **MARRIED** |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | 578334443 |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

### ⬙ PASSPORT

| | |
|---|---|
| Passport/Travel Document Type: | **REGULAR** |
| Passport/Travel Document Number: | **531227831** |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | **RUSSIA** |
| City Where Issued: | **MOSCOW** |
| Country/Region Where Issued: | **RUSSIA** |
| Issuance Date: | **07 DECEMBER 2016** |
| Expiration Date: | **07 DECEMBER 2026** |
| Have you ever lost a passport or had one stolen? | NO |

### ⬙ TRAVEL

The List of Purposes of Trip to the U.S.:

| | |
|---|---|
| (1) Purpose of Trip: | **TEMP. BUSINESS PLEASURE VISITOR (B)** |
| Specify: | **BUSINESS & TOURISM (TEMPORARY VISITOR) (B1/B2)** |
| Specific Travel Plan? | YES |
| Date of Arrival in U.S.: | 06 NOVEMBER 2019 |
| Arrival City: | NEW YORK |
| Date of Departure from U.S.: | 09 NOVEMBER 2019 |
| Departure City: | NEW YORK |

The Location you plan to visit in the U.S.:

| | |
|---|---|
| (1) Location : | NEW YORK CITY |
| Address where you will stay in the U.S.: | HOTEL |
| | NEW YORK, NEW YORK |
| Person/Entity Paying for Your Trip: | PRESENT EMPLOYER |

### ⬙ TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | NO |

### ⬙ US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | RUSSELL, DANIEL |
| Organization Name in the U.S.: | US-RUSSIA BUSINESS COUNCIL |
| Relationship to You: | BUSINESS ASSOCIATE |
| U.S. Contact Address: | 1101 17TH STREET NW |
| | WASHINGTON, DISTRICT OF COLUMBIA 20036 |
| Phone Number: | 2027399180 |
| Email Address: | dan.russell@usrbc.org |

### ⬙ PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | YES |

Provide information on your last five U.S. visits:

SENSITIVE BUT UNCLASSIFIED

USAO_00021266

## WORK, EDUCATION AND TRAINING ❗

### Present Work/Education/Training

| | |
|---|---|
| Primary Occupation: | COMMUNICATIONS |
| Present Employer or School Name: | EN PLUS GROUP |
| Address: | 1 VASILISY KOZHINOY ULITSA |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 121096 |
| Country/Region: | RUSSIA |
| Employment Date From: | 23 JANUARY 2012 |
| Work Phone Number: | 74956427937 |
| Monthly Income in Local Currency(if employed): | 1300000 |
| Briefly Describe your Duties: | DIRECTOR FOR INTERNATIONAL COOPERATION |

### Previous Work/Education/Training

| | |
|---|---|
| Were you previously employed? | YES |

| | |
|---|---|
| (1) Employer Name: | BASIC ELEMENT COMPANY |
| Employer Address: | ROCHDELSKAYA ULITSA 30 |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 123022 |
| Country/Region: | RUSSIA |
| Telephone Number: | 74957205025 |
| Job Title: | DIRECTOR FOR PUBLIC RELATIONA |
| Supervisor's Surnames: | OGANOV |
| Supervisor's Given Names: | GEORGY |
| Employment Date From: | 14 APRIL 2008 |
| Employment Date To: | 20 JANUARY 2012 |
| Briefly describe your duties: | DIRECTOR FOR PUBLIC RELATIONS OF BASIC ELEMENT COMPANY INCLUDING EN+ GROUP |

| | |
|---|---|
| Have you attended any educational institutions at a secondary level or above? | YES |

| | |
|---|---|
| (1) Name of Institution: | MOSCOW STATE INSTITUTE OF INTERNATIONAL RELATIONS MGIMO |
| Address of Institution: | PROSPECT VERNADSKOGO 76 |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | 119454 |
| Country/Region: | RUSSIA |
| Course of Study: | INTERNATIONAL RELATIONS |
| Date of Attendance From: | 01 SEPTEMBER 1980 |
| Date of Attendance To: | 15 JULY 1985 |

### Additional Work/Education/Training

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |

| | |
|---|---|
| Provide a List of Languages You Speak | |
| (1) Language Name: | RUSSIAN |
| (2) Language Name: | ENGLISH |
| (3) Language Name: | DANISH |

| | |
|---|---|
| (1) Date Arrived: | 14 JULY 2019 |
| Length of Stay: | 6 DAY(S) |
| (2) Date Arrived: | 14 MAY 2019 |
| Length of Stay: | 3 DAY(S) |
| (3) Date Arrived: | 09 APRIL 2019 |
| Length of Stay: | 4 DAY(S) |
| (4) Date Arrived: | 04 FEBRUARY 2018 |
| Length of Stay: | 3 DAY(S) |
| (5) Date Arrived: | 25 JANUARY 2018 |
| Length of Stay: | 3 DAY(S) |

| | |
|---|---|
| Do you or did you hold a U.S. Driver's License? | NO |
| Have you ever been issued a U.S. Visa? | YES |
| Date Last Visa was Issued: | 19 SEPTEMBER 2016 |
| Visa Number: | L4811225 |
| Are you applying for the same type of visa? | YES |
| Are you applying in the same country or location where the visa above was issued, and is this country or location your place of principal of residence? | **YES** |
| Have you been ten-printed? | **YES** |
| Has your U.S. Visa ever been lost or stolen? | **NO** |
| Has your U.S. Visa ever been cancelled or revoked? | **NO** |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | **NO** |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

## SECURITY AND BACKGROUND

### Part 1

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active | NO |

SENSITIVE BUT UNCLASSIFIED

| Have you traveled to any countries/regions within the last five years? | **YES** |
| --- | --- |

Provide a List of Countries/Regions Visited

| (1) | Country/Region: | UNITED STATES OF AMERICA |
| --- | --- | --- |
| (2) | Country/Region: | ARGENTINA |
| (3) | Country/Region: | AUSTRIA |
| (4) | Country/Region: | BELGIUM |
| (5) | Country/Region: | BULGARIA |
| (6) | Country/Region: | CHINA |
| (7) | Country/Region: | DENMARK |
| (8) | Country/Region: | CANADA |
| (9) | Country/Region: | FRANCE |
| (10) | Country/Region: | GERMANY |
| (11) | Country/Region: | HUNGARY |
| (12) | Country/Region: | ISRAEL |
| (13) | Country/Region: | ITALY |
| (14) | Country/Region: | JAPAN |
| (15) | Country/Region: | KOREA, REPUBLIC OF (SOUTH) |
| (16) | Country/Region: | KOREA, DEMOCRATIC REPUBLIC OF (NORTH) |
| (17) | Country/Region: | UNITED KINGDOM |
| (18) | Country/Region: | LITHUANIA |
| (19) | Country/Region: | MONGOLIA |
| (20) | Country/Region: | MONTENEGRO |
| (21) | Country/Region: | MOROCCO |
| (22) | Country/Region: | POLAND |
| (23) | Country/Region: | ROMANIA |
| (24) | Country/Region: | SERBIA |
| (25) | Country/Region: | SLOVAKIA |
| (26) | Country/Region: | SOUTH AFRICA |
| (27) | Country/Region: | SWITZERLAND |
| (28) | Country/Region: | SPAIN |
| (29) | Country/Region: | TURKEY |

| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| --- | --- |

| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | YES |
| --- | --- |

Explain: RESERVE OFFICERS TRAINING IN COLLEGE

| Have you ever served in the military? | **NO** |
| --- | --- |

| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | **NO** |
| --- | --- |

**△ ADDRESS AND PHONE**

| Home Address: | **ULITSA PLUSHIKHA 42 APT 301** |
| --- | --- |
| City: | **MOSCOW** |
| State/Province: | **DOES NOT APPLY** |
| Postal Zone/ZIP Code: | 119121 |
| Country/Region: | **RUSSIA** |
| Same Mailing Address? | YES |

tuberculosis, and other diseases as determined by the Department of Health and Human Services.)

| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| --- | --- |

| Are you or have you ever been a drug abuser or addict? | NO |
| --- | --- |

**Part 2**

| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| --- | --- |

| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| --- | --- |

| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| --- | --- |

| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| --- | --- |

| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| --- | --- |

| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| --- | --- |

| Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |
| --- | --- |

**Part 3**

| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| --- | --- |

| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| --- | --- |

| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| --- | --- |

| Are you a member or representative of a terrorist organization? | NO |
| --- | --- |

| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| --- | --- |

| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| --- | --- |

| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| --- | --- |

| Have you ever engaged in the recruitment | NO |
| --- | --- |

SENSITIVE BUT UNCLASSIFIED

Primary Phone Number:    79857654319
Secondary Phone Number:  74992617617
Work Phone Number:       74956427937

Email Address: evgenyyf@enplus.ru

(1) Social Media          FACEBOOK
    Provider/Platform:
    Social Media User     HTTPS://WWW.FACEBOOK.COM/EVGENY.FOKIN.49
    ID:

## ⏏ FAMILY

### Relatives

| | |
|---|---|
| Father's Surnames: | FOKIN |
| Father's Given Names: | YURI EVGENIEVICH |
| Father's Date of Birth: | 02 SEPTEMBER 1936 |
| Is your father in the U.S.? | NO |
| Mother's Surnames: | FOKINA |
| Mother's Given Names: | MAYA EVGENIEVNA |
| Mother's Date of Birth: | 22 APRIL 1935 |
| Is your mother in the U.S.? | NO |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

### Spouse

| | |
|---|---|
| Spouse's Full Name: | FOKINA AKULKINA,ALLA |
| Date of Birth: | 16 NOVEMBER 1963 |
| Country/Region of Origin (Nationality): | RUSSIA |
| City of Birth: | MOSCOW |
| Country/Region of Birth: | RUSSIA |
| Address: | OTHER (SPECIFY ADDRESS) |
| Street Address: | SPARTAKOVSKAYA ULITSA 6 APT 39 |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | 105066 |
| Country/Region: | RUSSIA |

## ⏏ LOCATION, PREPARER AND SUBMISSION

### Current Location

| | |
|---|---|
| Location where you will be submitting your application: | MOSCOW |
| CEAC Version NO: | 01.05.02 |

### Preparer of Application

Did anyone assist you in filling out this application? NO

### Submission

| | |
|---|---|
| Creation IP Address: | 195.210.172.26 |
| Submission IP Address: | 195.210.172.26 |
| Date of Submission: | 02 AUGUST 2019 08:27:13 AM (GMT -05.00) |

## ⏷ SIGN AND SUBMIT LANGUAGE

or the use of child soldiers?

| | |
|---|---|
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | NO |

### Part 4

| | |
|---|---|
| Have you ever been the subject of a removal or deportation hearing? | NO |
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you failed to attend a hearing on removability or inadmissibility within the last five years? | NO |
| Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa? | NO |

### Part 5

| | |
|---|---|
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |
| Have you attended a public elementary school on student (F) status or a public secondary school after November 30, 1996 without reimbursing the school? | NO |

## ⏏ Data Check Details

| Seq. | Data Check Type | Data Checked Date | Site Code |
|---|---|---|---|

SENSITIVE BUT UNCLASSIFIED

7/23/24, 11:12 AM                                          CEAC DS-160 Report

| (1) | BIODATA VERIFIED W/TRAVEL DOC | 2019-09-16 | MOS |

**To Top**

**Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

| |
|---|
| |

| 0 | of 4000 characters entered.

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**

SENSITIVE BUT UNCLASSIFIED

USAO_00021270

Batch ID     0000369886
Seq Num      1

FOKIN, EVGENY YURYEVICH

- Singapore (Sep 2011)
- Slovakia (Aug 2016; Aug 2018)
- South Africa (July 2018; April 2019)
- Spain (June 2015)
- Switzerland (Feb 2005; Sep 2005; Feb 2006; Aug 2006; Mar 2007; Apr 2008; Oct 2008; Oct 2009; Mar 2010; Oct 2010; May 2011; Oct 2011; Oct 2014; May 2018; July 2018)
- Thailand (Jan 2014)
- Tunisia (Aug 2005)
- Turkey (Dec 2014; Feb 2015; Sep 2015; Oct 2015; Aug 2018)
- Ukraine (Oct 2005; Mar 2008; May 2011)
- United Kingdom (Jun 2010; Jan 2011; Feb 2011; May 2011; Jul 2011; Oct 2011; Jun 2012; Jan 2014; April 2016; July 2016; Jan 2017; Jan-Feb 2018; Feb 2019; March 2019; June 2019)
- United States of America (Apr 2007; June 2008; Jul 2008; Apr 2009; Apr 2010; Apr 2011; Nov 2011; Apr-May 2012; Jul-Aug 2012; Nov 2012; Feb 2014; Aug 2014; Nov 2014; April 2015; June 2015; Aug 2015; Oct 2015; Nov 2015; April 2016; Oct 2016; Nov 2016; Apr 2017; June 2017; Oct 2017; Dec 2017; Jan 2018; Feb 2018; April 2019; May 2019; July 2019)
- Vietnam (July 2012)

(2)  The names of all siblings, children, and former spouses;

- Fokina, Svetlana, sister (1965-1993);
- Fokin, Yury, son;
- Fokina, Alexandra, daughter.
- There are no former spouses.

(3)  All of your physical addresses during the last 15 years, if different from your current address;

- I have resided at the same address since 1994.

(4)  Your prior passport numbers;

- 436818335
- 510424744
- 510198982
- 512575643
- 512710868
- 514408217
- 515325760
- 530432260
- 530689142
- 550057551 (valid)

All these passports I have in my possession.

The reason there are so many is that the law allows Russian citizens to have two foreign travel passports at the same time.

SENSITIVE BUT UNCLASSIFIED

USAO_00021271

FOKIN, EVGENY YURYEVICH

(1) All countries to which you have traveled with approximate dates of visits during the last 15 years;

- Albania (Aug 2019)
- Argentina (Oct 2018)
- Australia (Jul 2014)
- Austria (May 2008; May 2009; June 2010; June 2011; Jun 2012; Jun 2013; Dec 2013; Jun 2014; Sep 2014)
- Belarus (Aug 2016; Aug 2017; Aug 2018; Aug 2019)
- Belgium (Mar 2014; March 2015; March 2016; March 2017)
- Bulgaria (Jun 2014; Aug 2016; June 2017; Aug 2017; Aug 2018: Aug 2019)
- Cambodia (Mar-Apr 2013)
- China (Feb-Mar 2012; Jun 2012; Oct 2012; Feb 2013; Apr 2013; Sep 2013; Oct 2013; Nov 2013; Dec 2013; Mar 2014; Apr 2014; Apr-May 2014; Jul 2014; Sep 2014; Dec 2014; April 2015; Sep 2015; Nov 2015; Jan 2016; June 2016; Sep 2016; Mar 2017; May 2017; Sep 2017; Mar 2018; Sep 2018; Nov 2018; June 2019)
- Croatia (Aug 2019)
- Czech Republic (May 2013)
- Denmark (Nov-Dec 2018)
- Finland (Jun 2005; Jul 2005; Aug 2005; Sep 2005)
- France (May 2008; Oct 2008; April 2009; Sep 2011; May 2014; March 2015; Oct 2015; Dec 2015; Feb 2016; March 2016; May 2016; Feb 2017; March 2017; Oct 2017; May 2018; Feb 2019)
- Germany (Feb 2016; March 2017; May 2017; Nov 2017)
- Greece (Aug 2010; Aug 2011)
- Hong Kong (Mar 2014)
- Hungary (Jan 2012; Aug 2016; Aug 2017; June 2018; Aug 2018; Jan 2019; Aug 2019)
- India (Dec 2008; Jan 2013)
- Indonesia (Oct 2013)
- Italy (Jan 2009; Jan 2016)
- Israel (Aug 2008; Oct 2008; Aug 2009; Nov 2009; May 2010; July 2010; Oct 2010; Jan-Feb 2011; May 2011; Jul 2011; Sep 2011; Dec 2011)
- Japan (Jul 2013; Dec 2016; June 2017; Dec 2018; Mar 2019)
- Kazakhstan (March 2011)
- Korea, Republic of (Nov 2013; Jul 2014; Aug 2016)
- Korea, DPRK (Feb 2013; March 2014; April 2014; March 2018)
- Lithuania (Mar 2005; Oct 2006; Jul-Aug 2007; June 2008; Sep 2013; Nov 2013 twice; Mar 2014; Jun 2014; Dec 2014; March 2015; Apr 2015; Dec 2015; Aug 2016; Jan 2018)
- Mongolia (Oct 2016; Dec 2016; Jun 2017; Oct 2017)
- Montenegro (Aug 2013; Dec 2013; Sep 2014; Nov 2014; Aug 2019)
- Morocco (Nov 2016)
- Netherlands (March 2016)
- New Zealand (Feb 2014)
- Philippines (Jan 2013)
- Poland (Aug 2016; Aug 2017; Aug 2018; Dec 2018; Aug 2019)
- Romania (Aug 2017; Aug 2018)
- Serbia (Aug 2016, Aug 2018; Aug 2019)

SENSITIVE BUT UNCLASSIFIED

Batch ID      0000369888
Seq Num       1

FOKIN, EVGENY YURYEVICH

There was one more regular foreign travel passport issued in 1989 which was returned back to the issuing authority after a single trip to Cyprus the same year. And there were diplomatic passports issued while serving in the Foreign Ministry (1985-1997, including in the USA in 1989-1995).

(5) Your prior occupations and employers with brief description of responsibilities for the past 15 years.

January 2012 – current

**En+ Group, Moscow, Russia**
Director, International Cooperation

- International GR support for En+ Group business projects;
- Interaction with Russian and foreign government agencies responsible for international economic and commercial relations, and with international diplomatic corps;
- Participation in bilateral intergovernmental commissions on trade and economic cooperation, and in other international bodies and NGOs to promote En+ Group business projects;
- Risk analysis and analytical support of En+ Group regarding political and socio-economic situation in countries of interest, and position of foreign governments and international organizations towards En+ Group, its assets and projects;
- Management of memberships in international business organizations.

April 2008 – January 2012

**Basic Element Company, Moscow, Russia**
*Adviser to the Chairman of the Supervisory Board, Director for Public Relations*

- Corporate reputation management for Basic Element Company;
- Coordination of communications for Basic Element Group;
- Interaction with the international and domestic media;
- Management of memberships in international business organizations.

2006 – 2008

**Mmd Corporate, Public Affairs & Public Relations Consultants (Cyprus) Ltd., Moscow, Russia**
*Director, International media relations (Rosneft Oil Company account)*

- Corporate reputation management;
- Interaction with the international and domestic media;
- Press-trips to Rosneft regional subsidiaries;
- Contacts with Rosneft international partners.

2002 – 2005

**Yukos Oil Company, Moscow, Russia**
*Deputy Director, International information division, "Yukos-Moscow" LLC*

SENSITIVE BUT UNCLASSIFIED

USAO_00021273

**Batch ID**    0000369889
**Seq Num**    1

FOKIN, EVGENY YURYEVICH

- Corporate reputation management;
- Interaction with the international media;
- Interaction with foreign diplomatic corps and international companies in Moscow;
- International philanthropic projects;
- Analysis of overseas business opportunities.

**Batch ID**    0000369949
**Seq Num**    1

**From:** Fokin Evgeny [mailto:FokinEY@enplus.ru]
**Sent:** Wednesday, September 18, 2019 11:50 AM
**To:** Admin Proc, Moscow
**Subject:** RE: FOKIN, EVGENY YURYEVICH, DOB 12/24/1962

Dear Consular Section,

While putting together the list of countries that I visited I forgot about Canada (Feb 2018; Sep 2018; and March 2019).
I amended the list below accordingly.
Please accept my apology for any inconvenience it may have caused.

Sincerely,

Evgeny Fokin

SENSITIVE BUT UNCLASSIFIED

USAO_00021275