# EXHIBIT 11

| | |
|---|---|
| **From:** | Dell, Rebecca (USANYS) |
| **To:** | Swett, Sebastian (USANYS); Wikstrom, Derek (USANYS) |
| **Cc:** | Dell, Rebecca (USANYS) |
| **Subject:** | 2024.07.30 Call with Vitaliy Romanovich |
| **Date:** | Tuesday, July 30, 2024 11:34:18 AM |

2024.07.30 Call with Vitaliy **Romanovich, Rebecca Dell, Sheb Swett, Derek Wikstrom, Mike Maniscalco**

- VR has done many searches; VR has a general recollection of the search of Fokin's devices, such as remembering the terminal they were in; VR was present for the search, but he was not trained to use the machine that was used to conduct the extraction; James Croissette did the extraction
    - Extraction has limited information, which results in an excel spreadsheet, which includes phone identifiers, call logs, SMS messages, maybe emails
    - A full extraction would have taken hours or days
- EMR is used to document type of search that took place; it is internal documentation with limited information
- VR was the liaison with FBI and CBP
- VR was present because he speaks Russian, but he does not recall anything specific from review

Rebecca T. Dell
Assistant United States Attorney
United States Attorney's Office for the Southern District of New York
26 Federal Plaza
New York, NY 10278
(212) 637-2198
Rebecca.Dell@usdoj.gov

3625-001

Page 1 of 1