# EXHIBIT 12

FD-302 (Rev. 5-8-10)

-1 of 5-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry    02/09/2022

▮▮▮▮▮ (PROTECT IDENTITY), date of birth (DOB) ▮▮▮, SSN: ▮▮▮, address ▮▮▮, Phone: ▮▮▮, Email: ▮▮▮, was interviewed at 26 Federal Plaza, New York, NY 10278 in GSA space located on the 6th floor by Special Agents Michael Maniscalco and Ashley Notbusch. Also present was Tactical Specialist Terence Carthy. After being advised of the identity of the interviewing Agents and the nature of the interview, ▮▮▮ provided the following information:

▮▮▮ worked for EN+ from September 2019 until approximately October 2021



UNCLASSIFIED//FOUO

Investigation on  02/03/2022  at  New York, New York, United States (In Person)

File #  105U-NY-3466061-302, 105U-NY-3356467-302          Date drafted  02/04/2022

by  Ashley Dianne Notbusch, MANISCALCO MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_00021302

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

105U-NY-3466061-302

Continuation of FD-302 of (U//FOUO) Interview of ▮▮▮▮▮▮▮▮ , On 02/03/2022 , Page 2 of 5



FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

105U-NY-3466061-302

Continuation of FD-302 of (U//FOUO) Interview of ▮▮▮▮▮, On 02/03/2022, Page 3 of 5



▮▮ believed FOKIN worked under DERIPASKA prior to sanctions. ▮▮ explained that DERIPASKA's name was treated akin to Voldemort from HARRY POTTER in that it was avoided and almost never mentioned by EN+ employees. ▮▮ almost never heard DERIPASKA's name from FOKIN outside of a few minor references to his leadership style. ▮▮ only engaged with FOKIN in relation to meetings involving BARKER.

EN+ employees that pre-dated LORD BARKER were generally loyal to DERIPASKA and unhappy with BARKER's appointment. However, FOKIN supported BARKER and helped improve his standing with the company. FOKIN reports to LORD BARKER and LORD BARKER relies on FOKIN as a confidant.



UNCLASSIFIED//FOUO

USAO_00021304

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

105U-NY-3466061-302

Continuation of FD-302 of  (U//FOUO) Interview of SAKURA ▇▇▇▇▇▇▇▇ , On 02/03/2022 , Page 4 of 5



▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ advised it was possible FOKIN could have an interest in NORILSK NICKEL matters given his position at EN+.



**UNCLASSIFIED//FOUO**

USAO_00021305

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

105U-NY-3466061-302

Continuation of FD-302 of (U//FOUO) Interview of , On 02/03/2022, Page 5 of 5

