# EXHIBIT 13

(1)

7/17/2024 - Sheb Swett, Rebecca Dell, Mike Moniscalco, ▮

USAO_00021307

(2)

- believes Potanin was head of Norilsk Nickel; ▮ had a folder named for ~~an~~ NN on personal computer from when working ENF; ▮ recalls working on a crisis plan related to NN; Foam may have been involved but doesn't remember

USAO_00021309