

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

November 29, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Sergey Shestakov, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    I represent Sergey Shestakov and write to respectfully request a one-week extension of the time to file reply papers in support of Mr. Shestakov's motion to take the Rule 15 deposition of Evgeny Fokin from Tuesday, December 3 to Tuesday, December 10. *See* ECF No. 175-77. We recently learned that Mr. Fokin has retained counsel, and we need time to engage in discussions with Mr. Fokin's counsel regarding our Rule 15 application, as well as with the government. The government consents to this request.

                                  Respectfully submitted,

                                    */s/ Rita M. Glavin*
                                  Rita M. Glavin

Application GRANTED.  Defendant shall file his reply in further support of his motion to take a Rule 15 deposition of Evgeny Fokin by **December 10, 2024**.

The Clerk of Court is directed to terminate ECF No. 180.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 29, 2024