

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2024

> Application GRANTED. The Court wishes Mr. Swett the best in his future endeavors.
>
> The Clerk of Court is directed to terminate Sebastian Swett from the list of active counsel in this case. The Clerk of Court is further directed to terminate ECF No. 181.
>
> SO ORDERED.
>
> *[signature]*
> Jennifer H. Rearden, U.S.D.J.
> Date: December 2, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: /s/ Sheb Swett
        Sheb Swett
        Assistant United States Attorney
        (212) 637-6522