

**Glavin** PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

January 2, 2025

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

     I represent Sergey Shestakov and write to respectfully request a two-day extension from January 6, 2025 to January 8, 2025: (1) for Mr. Shestakov to file reply papers in further support of the motions for Rule 17(c) subpoenas and (2) for both parties—the government and Mr. Shestakov—to file their respective opposition papers to the pending motions *in limine*.  *See* ECF No. 193.  The government consents to this request.  I make this request because of resource limitations on my team given the holidays and travel.

Respectfully submitted,

   */s/ Rita M. Glavin*
Rita M. Glavin