

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

January 7, 2025

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov and write to respectfully request a two-day extension from January 8, 2025 to January 10, 2025: (1) for Mr. Shestakov to file reply papers in further support of the motions for Rule 17(c) subpoenas and (2) for both parties—the government and Mr. Shestakov—to file their respective opposition papers to the pending motions *in limine*. *See* ECF No. 193. The government consents to this request.

I received a summons for jury duty this week in this Court, have appeared as required, and was directed to return again tomorrow, January 8. While I am on jury duty, I do not have access to my phone (the jury clerk does not allow attorneys to have their phones in the jury assembly room) or laptop, which has impeded my ability to finalize these papers.

Accordingly, I respectfully request this extension.

Respectfully submitted,

    */s/ Rita M. Glavin*
Rita M. Glavin

Application GRANTED. By **January 10, 2025**, Defendant shall file reply papers in further support of his motions for Rule 17(c) subpoenas, and the Government and Defendant shall file their respective opposition papers to the pending motions *in limine*.

The Clerk of Court is directed to terminate ECF No. 199.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 7, 2025