**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SERGEY SHESTAKOV,<br><br>　　　　　　　Defendant. | Case No. 23 Cr. 16 (JHR)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Motion to Compel and all prior pleadings and proceedings herein, Defendant Sergey Shestakov, by and through his counsel, hereby moves this Court, before the Honorable Judge Jennifer Rearden, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order granting Mr. Shestakov's Motion to Compel the government to produce certain materials to the defense, and for such other relief as the Court may deem just and proper.

Dated: January 10, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rita M. Glavin

　　　　　　　　　　　　　　　　　　　　　　　　Rita M. Glavin
　　　　　　　　　　　　　　　　　　　　　　　　Katherine E. Petrino
　　　　　　　　　　　　　　　　　　　　　　　　Leo S. Korman
　　　　　　　　　　　　　　　　　　　　　　　　Glavin PLLC
　　　　　　　　　　　　　　　　　　　　　　　　156 West 56th Street, Ste. 2004
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (646) 693-5505
　　　　　　　　　　　　　　　　　　　　　　　　Email: rglavin@glavinpllc.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Sergey Shestakov*