# Exhibit A

| Account | Deleted - Chat | Carved | Manually decoded | Instant Message # | From | To | Participants Timestamps | Cc | Bcc | Priority | Subject | Body | Status | Platform | Label | Location | Timestamp: Date | Timestamp: Time | Delivered: Date | Delivered: Time | Read: Date | Read: Time | Attachment #1 | Attachment #1 - Details | Attachment #2 | Attachment #2 - Details | Deleted - Instant Message | Source Extraction | Source file information | Starred message | Message Carved | Message Manually decoded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 36 | 191436■■@s.whatsapp.net 627919 | 141639■■@s.whatsapp.net Jeffrey Steiner | 141639■■@s.whatsapp.net Jeffrey Steiner - Delivered:11/20/2021 3:58:10 PM(UTC+0) | | | | | Sean Buckley, Kobre&Kim 917-848-■■■■ Attorney fir sanctions matters. He is in NYC. | Delivered | Mobile | | | 11/20/2021 | 11/20/2021 2:02:41 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/com.whatsapp/databases/msgstore.db : 0x5FAE0E4 (Table: messages, Size: 100376576 bytes) Universal_Android Access.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes) Universal_Android Access.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x1F67 (Size: 10565 bytes) Universal_Android Access.zip/data/data/com.whatsapp/databases/wa.db-wal : 0x30FCB (Table: wa_contacts; Size: 436752 bytes) | No | | |
| | | | | 9 | 525907860 | | | | | | | Brother, move everyone to this ASAP. | Sent | Unknown | | | 5/15/2019 | 5/15/2019 12:37:06 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x1C12EA (Size: 2957312 bytes) | No | | |
| | | | | 10 | 896966801 | | | | | | | Ok | | Unknown | | | 5/15/2019 | 5/15/2019 9:47:18 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x1C12A2 (Size: 2957312 bytes) | No | | |
| | | | | 298 | 896966801 | | | | | | | Oh I see Brother . Thanks How was your trip to Vienna? | | Unknown | | | 6/22/2019 | 6/22/2019 7:42:05 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x272AFA (Size: 2957312 bytes) | No | | |
| | | | | 299 | 525907860 | | | | | | | In Kiev. Will be in Vienna in a couple of hoursAll good. Need to work to keep you counting😉 | Sent | Unknown | | | 6/22/2019 | 6/22/2019 7:44:15 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x272A58 (Size: 2957312 bytes) | No | | |
| | | | | 300 | | | | | | | | Incoming Call Missed | | Unknown | | | 6/22/2019 | 6/22/2019 9:38:35 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x272A01 (Size: 2957312 bytes) | No | | |
| | | | | 301 | 896966801 | | | | | | | Hahahahaha Safe flight ✈ | | Unknown | | | 6/22/2019 | 6/22/2019 9:39:15 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2729A4 (Size: 2957312 bytes) | No | | |
| | | | | 445 | 525907860 | | | | | | | We are doing this with the agency | Sent | Unknown | Forwarded | | 7/13/2019 | 7/13/2019 2:49:58 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x283805 (Size: 2957312 bytes) | No | | |
| | | | | 800 | 896966801 | | | | | | | | | Unknown | | | 10/15/2019 | 10/15/2019 11:36:16 AM(UTC+0) | | | | | 498554465550451716 | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B07F2 (Size: 2957312 bytes) | No | | |
| | | | | 801 | 525907860 | | | | | | | If you are able to get this done I will buy you a steak dinner. I still think it is BS. | Sent | Unknown | | | 10/15/2019 | 10/15/2019 11:42:17 AM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B075B (Size: 2957312 bytes) | No | | |
| | | | | 802 | 896966801 | | | | | | | Let see | | Unknown | | | 10/15/2019 | 10/15/2019 2:06:29 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B05DF (Size: 2957312 bytes) | No | | |
| | | | | 803 | 525907860 | | | | | | | Maybe we celebrate in Vienna tomorrow morning!!! | Sent | Unknown | | | 10/15/2019 | 10/15/2019 2:14:08 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B056A (Size: 2957312 bytes) | No | | |
| | | | | 804 | 896966801 | | | | | | | | | Unknown | | | 10/15/2019 | 10/15/2019 8:00:44 PM(UTC+0) | | | | | 498554465550451724 | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B01F2 (Size: 2957312 bytes) | No | | |
| | | | | 805 | 896966801 | | | | | | | Brother I am at airport 8 in the morning arriving in Vienna from Newark with Austrian Airline | | Unknown | | | 10/15/2019 | 10/15/2019 8:02:21 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B014F (Size: 2957312 bytes) | No | | |
| | | | | 806 | 525907860 | | | | | | | I will be there at arrivals but don't know where we can meet. We will figure it out. | Sent | Unknown | | | 10/15/2019 | 10/15/2019 9:30:08 PM(UTC+0) | | | | | | | | | | File System (1) | Universal_Android Access.zip/data/data/org.telegram.messenger/files/cache4.db : 0x2B44DF (Size: 2957312 bytes) | No | | |