

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

February 7, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sergey Shestakov*, **23 Cr. 16 (JHR)**

Dear Judge Rearden:

   I represent Sergey Shestakov in the above-captioned matter and respectfully request that the Court issue the Letter Rogatory to Request International Judicial Assistance from the United Arab Emirates ("Letter Rogatory") filed on February 7, 2025, at ECF No. 224-1. The government has reviewed the Letter Rogatory and takes no position on it.

*Rita M. Glavin*
Rita M. Glavin