

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

February 12, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    I represent Sergey Shestakov and write regarding the defense Motion to Compel Olga Shriki to Testify at Trial, ECF No. 222 (the "Motion to Compel"). On February 11, 2025, Ms. Shriki's counsel informed the defense by email that Ms. Shriki will <u>not</u> assert her Fifth Amendment right against self-incrimination if called to testify at Mr. Shestakov's trial. Based on that written representation, Mr. Shestakov respectfully requests to withdraw the Motion to Compel.

                                         Respectfully submitted,

                                         */s/ Rita M. Glavin*
                                         Rita M. Glavin

In view of Defendant's request herein, the motion to compel Olga Shriki to testify at trial, ECF No. 222, is hereby terminated.

The Clerk of Court is directed to terminate ECF Nos. 222 and 230.

SO ORDERED

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 13, 2025