

Glavin PLLC
156 W. 56ᵗʰ Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

February 14, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:     United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

I represent Sergey Shestakov and write to respectfully request a brief extension of the time to file reply papers in support of Mr. Shestakov's Motion to Compel the Government to Conduct a Prudential Search of the Central Intelligence Agency, ECF No. 221, from Monday, February 17, 2025, to Friday, February 21, 2025. I request this short extension due to unforeseen other professional responsibilities that require my attention.

The government consents to this request.

Respectfully submitted,

*/s/ Rita M. Glavin*
Rita M. Glavin