

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

February 21, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**Re:    United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

    I represent Sergey Shestakov and write to respectfully request a brief second extension of the time to file reply papers in support of Mr. Shestakov's Motion to Compel the Government to Conduct a Prudential Search of the Central Intelligence Agency, ECF No. 221, from Friday, February 21, 2025, to Wednesday, February 26, 2025.

    I request this short second extension due to unforeseen other professional responsibilities that arose this week that required my attention.

    The government has no objection to this request.

Respectfully submitted,

*/s/ Rita M. Glavin*  
Rita M. Glavin