

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

February 21, 2025

<u>**VIA ECF**</u>

The Honorable Jennifer H. Rearden  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:     <u>United States v. Sergey Shestakov, 23 Cr. 16 (JHR)</u>

Dear Judge Rearden:

  I represent Sergey Shestakov and write to respectfully request a brief second extension of the time to file reply papers in support of Mr. Shestakov's Motion to Compel the Government to Conduct a Prudential Search of the Central Intelligence Agency, ECF No. 221, from Friday, February 21, 2025, to Wednesday, February 26, 2025.

  I request this short second extension due to unforeseen other professional responsibilities that arose this week that required my attention.

  The government has no objection to this request.

              Respectfully submitted,

              <u>*/s/ Rita M. Glavin*</u>  
              Rita M. Glavin

Application GRANTED.  Defendant shall file his reply by **February 26, 2025**.

The Clerk of Court is directed to terminate ECF No. 237.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.  
Dated: February 21, 2025