USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

SERGEY SHESTAKOV,

            Defendant.

Case No. 23 Cr. 16 (JHR)

---

## MOTION FOR LETTERS ROGATORY

**PLEASE TAKE NOTICE** that the Defendant Sergey Shestakov, by his undersigned attorneys, will move the Court before the Honorable Jennifer H. Rearden at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 12B, at a date and time to be determined by the Court, to issue letters rogatory to the Republic of Turkey and the Republic of Serbia consistent with the Court's January 6, 2025 order granting Mr. Shestakov's Rule 15(a)(1) motion to take Evgeny Fokin's deposition. ECF No. 198.

    The Government does not oppose this motion.

Dated: New York, New York
       March 21, 2025

Respectfully submitted,

*Rita M. Glavin*

Rita M. Glavin
Katherine E. Petrino
Leo S. Korman
Glavin PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
Email: rglavin@glavinpllc.com

*Counsel for Sergey Shestakov*

---

Application GRANTED. The Court will issue the letters rogatory proposed at ECF No. 243-1 and 243-2. *See United States v. Fargesan*, No. 21 Cr. 602 (LAP), ECF No. 94 (S.D.N.Y. Nov. 3, 2022).

The Clerk of Court is directed to terminate ECF No. 243 and 244.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: March 23, 2025