UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

              v.

SERGEY SHESTAKOV,

              Defendant.
```

23-cr-16 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court agrees with defense counsel's submission of May 2, 2025, as to what should and should not be redacted in the various documents attached to the letter submitted by the Government on February 27, 2025. See ECF No. 240. The parties should work with the court reporter to prepare redacted transcripts to be publicly filed by May 9, 2025.

SO ORDERED.

Dated:    New York, NY
          May 5, 2025

_____
JED S. RAKOFF, U.S.D.J.