UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SERGEY SHESTAKOV,

Defendant.

---

23-cr-16 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court agrees with defense counsel's submission of May 5, 2025, as to what should and should not be redacted in the transcript of the conference held on May 1, 2025. The parties should work with the court reporter to prepare redacted transcripts to be publicly filed by May 12, 2025.

SO ORDERED.

Dated:   New York, NY
         May 6, 2025

_____
JED S. RAKOFF, U.S.D.J.