UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SERGEY SHESTAKOV,

　　　　Defendant.

---

23-cr-16 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

　　On October 19, 2023, defendant Sergey Shestakov moved to compel the Government to produce materials from two other cases -- United States v. Bonham-Carter, 22-cr-503, and United States v. Deripaska, 22-cr-518 -- brought by the United States Attorney's Office for the Southern District of New York that also involve the Russian oligarch Oleg Deripaska. See ECF Nos. 84, 85. Judge Rearden initially denied Mr. Shestakov's motion, see ECF No. 123, and had ample reason to do so, including that the information sought was not relevant to any issue in this case.

　　Mr. Shestakov later moved for reconsideration and narrowed the categories of documents that he requested from the Bonham-Carter and Deripaska cases. ECF No. 141; see also ECF No. 242 at 7-10. However, Mr. Shestakov's renewed request -- which again seeks materials from other alleged conspiracies entirely

1

unrelated to the conspiracy charged here -- fails to identify information material to his defense in this case.[1]

For the foregoing reasons, Mr. Shestakov's motion to compel is denied, and the Clerk of Court is respectfully directed to close docket entries 84 and 141.

SO ORDERED.

Dated:   New York, NY
         May 15, 2025                    _____
                                         JED S. RAKOFF, U.S.D.J.

---

[1] Moreover, the Court is reassured by the Government's representation that it has complied with its discovery obligations, including as relates to materials in the Bonham-Carter and Deripaska cases. See ECF No. 87 at 7 ("To be clear, as discussed in its separate ex parte filing, the Government has undertaken extensive efforts to ensure that there is no evidence gathered in Shriki or Bonham-Carter which constitute Brady or Giglio in this case.").

2