UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SERGEY SHESTAKOV,<br><br>                    Defendant. | Case No. 23 Cr. 16 (JSR) |

**DECLARATION OF RITA M. GLAVIN IN SUPPORT OF SERGEY SHESTAKOV'S MOTION *IN LIMINE* TO EXCLUDE GOVERNMENT'S EXPERT TESTIMONY**

I, RITA M. GLAVIN, an attorney admitted to practice before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am principal of the law firm Glavin PLLC and represent Sergey Shestakov in the above-captioned action.

2. I submit this declaration in support of Mr. Shestakov's Motion *in limine* to Exclude Government's Proposed Expert Testimony.

3. Annexed hereto as Exhibit 1 is a true and accurate copy of the government's Rule 16(a)(1)(G) disclosure of proposed expert witness Dr. Stanislav Markus, including Dr. Markus's *curriculum vitae*.

Dated:  New York, New York           */s/ Rita M. Glavin*
        June 6, 2025                 Rita M. Glavin

1