# Exhibit 1

**Disclosure as to Expert Witness Dr. Stanislav Markus**

April 14, 2025

A.  **Statement of Opinions, Bases, and Reasons**

The following is a complete statement of all opinions that the Government will elicit from Dr. Stanislav Markus in its case-in-chief, along with the bases and reasons for them.[1]

The Government expects to call Dr. Stanislav Markus, an associate professor of international business and a Business Partnership Foundation Fellow at the University of South Carolina. Dr. Markus is expected to testify, based on his education, training, and experience, regarding (i) the structure of the Russian oligarchy; (ii) rivalries within the Russian oligarchy; (iii) Russian oligarchs' use of shell companies and nominee arrangements; (iv) the background on the wealth and business interests of Vladimir Potanin and Oleg Deripaska; and (v) the longstanding rivalry between Potanin and Deripaska.

Dr. Markus's testimony will be based on his education and experience, including his two decades of experience in studying, writing, teaching, conducting interviews, and consulting about Russian politics, business, and oligarchs. Dr. Markus received his Ph.D. in Government from Harvard University in 2009, and his dissertation called "Firm Strategy and Property Rights in Russia and Ukraine" included a large section about oligarchs. Dr. Markus is an associate professor at the Darla Moore School of Business at the University of South Carolina, and he teaches on topics related to Russian politics, including Russian oligarchs. Dr. Markus has spent considerable time in Russia and is a native Russian speaker. While in Russia, he has interviewed Russian think tank experts and has met with and interviewed two Russian oligarchs. Dr. Markus has also interviewed other experts on Russian oligarchs, consulted on issues related to Russian oligarchs, and closely follows the Russian press, including financial press. As set forth more fully in the attached *curriculum vitae*, Dr. Markus has written about Russian oligarchs in several publications, including books and peer-reviewed articles.

1.  **Structure of the Russian Oligarchy**

Dr. Markus is expected to testify that Russian oligarchs are extremely wealthy businesspeople from the Russian Federation who acquired significant wealth after the collapse of the Soviet Union. After Russian President Vladimir Putin came to power, the oligarchs lost their direct access to power but remained quite influential given their control over a concentrated number of business fields. Russian oligarchs are subservient to Putin and control sectors of the Russian economy.

2.  **Rivalries Within the Russian Oligarchy**

---

[1] The defense has not yet provided notice of any testimony under Federal Rule of Criminal Procedure 16(b)(1)(C). To the extent such timely notice is provided, the Government will supplement this notice to include a statement of opinions it will elicit during its rebuttal to counter that testimony, as required by Federal Rule of Criminal Procedure 16(a)(1)(G).

1

Dr. Markus is expected to testify regarding the relationships among Russian oligarchs, including that they are not a united group, but rather wealthy individuals with large spheres of influence who are vying for Putin's favor. The oligarchs often clash with one another as they try to acquire each other's business assets. At times, Russian oligarchs attempt to leverage international courts to resolve their disputes, but they also often resort to less formal, and sometimes illegal, ways to gain leverage and status in the Kremlin, including by exposing compromising information of rival oligarchs.

### 3. Russian Oligarchs' Use of Shell Companies and Nominee Arrangements

Dr. Markus is expected to testify about the Russian oligarchy's well-known use of shell companies and nominee arrangements to conceal true beneficial ownership and hide their assets. Russian oligarchs frequently use proxies or intermediaries to set up shell companies and arrange to open bank accounts in the names of the shell companies in various offshore jurisdictions, commonly tax havens such as Cyprus, Jersey, and the Cayman Islands. Russian oligarchs seek to conceal true beneficial ownership and avoid owning assets in their own names for several reasons, including to circumvent tax or disclosure obligations, launder money, and, since at least in or about 2014, to evade sanctions that have been imposed by the United States, the European Union, and Canada.

### 4. Background on the Wealth and Business Interests of Vladimir Potanin and Oleg Deripaska

Dr. Markus is expected to testify that Vladimir Potanin is privately wealthy, well-connected, and has longstanding close connections within the Russian government and the former Soviet Union. Potanin used his wealth to obtain ownership stakes in several key companies, including Norilsk Nickel ("NorNickel"). Since 2012, Potanin has led NorNickel.

Dr. Markus is expected to testify that Oleg Deripaska is an extremely wealthy Russian oligarch with significant holdings in two companies: Basic Element and EN+ Group, as well as their subsidiaries. Deripaska became a citizen of Cyprus in 2017. In 2017, Deripaska owned an approximately 70% stake in EN+ Group, a mining and energy company, and, therefore, maintained significant control over Rusal, a subsidiary of EN+ Group. In 2018, Deripaska decreased his stake to approximately 45% and remained the largest shareholder in EN+. Even after Deripaska reduced his stake in EN+, Deripaska has continued to maintain significant control of Rusal.

### 5. Longstanding Rivalry Between Potanin and Deripaska

Dr. Markus is expected to testify that, since at least 2007, Deripaska and Potanin have had a longstanding personal rivalry that has resulted in general distrust, personal animosity, and a series of lawsuits between each other. In 2007, Potanin's then-business partner in NorNickel, Mikhail Prokhorov, announced that he would sell his 25% stake of NorNickel to Potanin, who, at the time, controlled approximately 25% to 30% of NorNickel. Instead, however, Prokhorov sold his stake of NorNickel to Rusal, which was controlled by Deripaska. Potanin was outraged by the sale, which launched the "nickel wars"—the period from 2008 to 2012 during which Potanin fought

2

with the other NorNickel shareholders, including Deripaska, about control over NorNickel and its assets.

Dr. Markus is expected to testify that from approximately 2012 to 2018, Deripaska and Potanin's rivalry abated due, in large part, to a settlement that made Potanin chief executive officer of NorNickel but granted Deripaska and another Russian oligarch, Roman Abramovich, veto power over Potanin. However, in approximately 2018, Potanin attempted to buy out Abramovich, who owned approximately 6% of NorNickel. In 2019, Potanin completed the purchase of a subset of Abramovich's holdings. Later that year, Rusal successfully challenged the buyout through a lawsuit in the High Court of London and the buyout was reversed.

Dr. Markus is expected to testify that the rivalry between Potanin and Deripaska has continued. For example, in 2022, Rusal filed a lawsuit against Potanin and an affiliate of Potanin, alleging, among other things, that Potanin mismanaged NorNickel's assets, including by transferring assets out of the company at a reduced price.

B.   **Qualifications**

Dr. Markus's qualifications, including all publications authored in the previous ten years, are contained in his *curriculum vitae*, attached hereto as Exhibit A.

C.   **List of Cases**

The following is a list, to the best of Dr. Markus's recollection and ability to reconstruct, of other cases in which, during the previous four years, Dr. Markus has testified as an expert at trial or by deposition.

| Approximate Date of Deposition Testimony | Case Name & Docket No. | Court |
|---|---|---|
| 2024 | *Castlelake L.P. v. Lancashire Syndicates Limited, et al.* (Case No. 27-cv-22-17450) | Fourth Judicial District, Hennepin County, Minnesota |

_____
**Stanislav Markus**

3

# Exhibit A

(updated April 2025)

# STANISLAV MARKUS

+1-617-771-4670          stanislav@post.harvard.edu

## EDUCATION

Harvard University
Ph.D. in Government, 2009
Dissertation: "Firm Strategy and Property Rights in Emerging Markets"
Committee: Peter Hall, Torben Iversen, Tim Colton, Yoshiko Herrera

University of Pennsylvania
B.A. in Philosophy, Politics, Economics, 2002
*Summa cum laude*. Phi Beta Kappa. Honors in PPE. Minor in French. Wharton coursework in Finance.

University of Oxford
Visiting Student (2000-01): Tutorials in Philosophy, Politics, Economics

## FULL-TIME ACADEMIC POSITIONS

Darla Moore School of Business, University of South Carolina          2016 – now
Associate Professor (with tenure), Department of International Business

University of Chicago          2008 – 2016
Assistant Professor, Department of Political Science

## VISITING ACADEMIC POSITIONS and AFFILIATIONS

Stanford University, GSB          Oct-Nov 2021
Visiting Scholar, Political Economy Group

Harvard University          2018 – now
Center Associate, Davis Center for Russian and Eurasian Studies

Copenhagen Business School          June-July 2019
Niels Bohr Visitor, Dept of International Economics, Government and Business

Harvard Academy for International and Area Studies          2008 – 2009; 2011 – 2012
Academy Scholar

Peking University, Guanghua School of Management          2005
Visiting Scholar, Department of Strategic Management

## BOOKS

*Tycoon Politics in Developing Democracies*.
(Contracts extended by Cambridge University Press and Oxford University Press)

*Property, Predation, and Protection: Piranha Capitalism in Russia and Ukraine*.
(Cambridge University Press: 2015)
   * Winner of the 2016 Stein Rokkan Prize for Comparative Social Science Research by the International Social Science Council and the European Consortium for Political Research

**PEER-REVIEWED ARTICLES**

"Tycoon Candidates, Electoral Strategies, and Voter Support: a Survey Experiment in South Africa," *Business and Politics*, 2024, 26(3): 311-29. with M. Justesen.

"Populist Syndrome and Nonmarket Strategy," *Journal of Management Studies*, 2024, 61(2): 525-560. with D. Blake and J. Martinez.

"Theoretical Light in Empirical Darkness: Illuminating Strategic Concealment of Corporate Political Activity," *Academy of Management Review*, 2023, 48 (2): 264-91. with N. Jia and T. Werner.
    * Winner of the 2020 AoM Best Paper Award (Strategic Management Division)
    * Published in 2020 Academy of Management *Annual Meeting Proceedings*
    * Published in 2023 AoM *Insights*

"Long-term Business Implications of Russia's War in Ukraine", *Asian Business & Management*, 2022, 21: 483-7.

"Revisiting Institutional Voids: Advancing the IB Literature by Leveraging Social Sciences," *Journal of International Management*, 2022, 28 (3). with M. Dieleman, T. Rajwani, and G. White.

"The Flexible Few: Oligarchs and Wealth Defense in Developing Democracies," *Comparative Political Studies*, 2017, 50 (12): 1632-65. with V. Charnysh.
    * Winner of the 2016 APSA Award for Best Paper in European Politics and Society
    * Published in 2015 Academy of Management *Annual Meeting Proceedings*

"The Atlas That has Not Shrugged: Why Russia's Oligarchs are an Unlikely Force for Change," *Daedalus*, Spring 2017, 146 (2): 101-112.

"Oligarchs and Corruption in Putin's Russia: Of Sand Castles and Geopolitical Volunteering," *Georgetown Journal of International Affairs*, 2017, 18 (2): 26-32.

"Sovereign Commitment and Property Rights: the Case of Ukraine's Orange Revolution," *Studies in Comparative International Development*, December 2016, 51 (4): 411-33.

"Institutional Complementarity, Economic Performance, and Governance in the Post-Communist World," *Comparative European Politics*, May 2015, 13 (3): 376-404. with M. Mendelski.

"Secure Property as a Bottom-Up Process: Firms, Stakeholders, and Predators in Weak States," *World Politics*, April 2012, 64 (2): 242-77.
    * Winner of the 2014 APSA Gregory Luebbert Award for Best Article in Comparative Politics

"Corporate Governance as Political Insurance: Firm-level Institutional Creation in Emerging Markets and Beyond," *Socio-Economic Review*, 2008, 6 (1): 69-98.

"Capitalists of All Russia, Unite! Business Mobilization under Debilitated Dirigisme," *Polity*, 2007, 39 (3): 277–304. (Lead Article)

**OTHER PUBLICATIONS**

"The Oligarchs, the Kremlin, and Russia's Future" in M. Maguire and G. Wilson (Eds.), *Elgar Encyclopedia of Business and Government* (Edward Elgar Publishing: forthcoming).

"Russia's Oligarchs" in S. Wengle (Ed.), *Russian Politics Today: Stability and Fragility* (Cambridge University Press: 2022), 270-292.

"Meet Russia's Oligarchs, A Group Of Men Who Won't Be Toppling Putin Anytime Soon," *The Conversation* (March 4, 2022).

"Property, Predation, and Informal Governance," *The Political Economist*, Fall 2017, vol XIII (2).

## OTHER PUBLICATIONS (continued)

Book review: Yuliya Yurchenko, "Ukraine and the Empire of Capital: From Marketization to Armed Conflict" (London: Pluto Press, 2017), Slavic Review, 2019, 78 (2): 559-60.

Book review: Daniel Treisman, "The Return: Russia's Journey from Gorbachev to Medvedev" (New York, NY: Free Press, 2011), *Perspectives on Politics*, December 2011, 9 (4): 968-70.

Book review: Andrew Barnes, "Owning Russia: The Struggle over Factories, Farms, and Power" (Ithaca, NY: Cornell U. Press, 2006), Eurasian Geography and Economics, 2007, 48 (1): 121-4.

## WORKING PAPERS (selected)

"Politics If You Dare: Antecedents Of Political Activity By Emerging Market Tycoons," Revise and Resubmit. *Academy of Management Journal*. with J. Albino-Pimentel.

"Stakeholder Perceptions of CSR in Emerging Markets," with S. Nichter, and J. Gans-Morse.

"Economic Militarization and Property Rights: Evidence from Russia," with A. Yakovlev.

## AWARDS / FELLOWSHIPS (selected)

| | |
|---|---|
| Best Proposal Prize for Creativity, Strategic Management Society (Competitive Strategy) | 2023 |
| Research Grant, Independent Research Fund Denmark (with Copenhagen Business School) | |
| Visiting Scholarship, Stanford University, Center on Democracy, Development and Rule of Law | |
| Senior Fellowship, University of Konstanz, Cluster of Excellence 'Politics of Inequality' | 2022 |
| DMSB Research Grant, University of South Carolina | 2019 |
| Woodrow Wilson Center Fellowship, Washington, D.C., one-year award | 2016 |
| Stein Rokkan Prize for Comparative Social Science Research (ISSC and ECPR) | |
| Jean Monnet Fellowship, European University Institute, Florence, one-year award | 2015 |
| Gregory Luebbert Award for Best Article in Comparative Politics (APSA) | 2014 |
| Guest Scholar Award at Max Planck Sciences Po Center, Paris, France | 2013 |
| Harvard Academy Scholarship, two-year award, 4 recipients out of 350 applicants | 2011 |
| Max Weber Fellowship, European University Institute, Florence, one-year award | 2008 |
| Humane Studies Fellowship, Institute for Humane Studies, one-year award | 2007 |
| Padma Desai Research Prize | |
| Center for European Studies Graduate Summer Travel Grant | |
| Maurice Lazarus Fund Award | 2006 |
| Harvard Ukrainian Research Institute Fellowship, one-year award | |
| Center for European Studies Opportunity Grant (Harvard) | 2006 |

## AWARDS / FELLOWSHIPS  (continued)

| | |
|---|---|
| Visiting Scholar, Guanghua School of Management, Peking University, Beijing | 2005 |
| Krupp Foundation Graduate Dissertation Research Fellowship, one-year award | |
| Jens Aubrey Westengard Scholarship (Harvard) | |
| Davis Center for Russian and Eurasian Studies Travel Grant (Harvard) | |
| Asia Center Travel Grant (Harvard) | |
| Weatherhead Center for International Affairs Pre-Dissertation Grant | |
| Davis Center for Russian and Eurasian Studies Travel Grant  (Harvard) | 2004 |
| Douglas Dillon Fellowship, Harvard University, full tuition and stipend | 2002 |
| Carnegie Endowment for International Peace Fellowship, Washington, D.C., one-year award | |
| Goldstone Prize for best honors thesis in the department, University of Pennsylvania | |

## TEACHING

"Market Development and Global Strategy" (undergrad / grad), University of South Carolina

"Business in the Era of Geopolitical Conflict" (MIB), University of South Carolina

"Comparative Institutional Systems" (IMBA), University of South Carolina

"Comparative Corporate Governance" (MIB), University of South Carolina

"Data Analytics in International Business" (undergrad), University of South Carolina

"Research in International Business" (independent study), University of South Carolina

"Political Economy of Inequality" (grad), University of Chicago

"Business and State" (grad), University of Chicago

"Social Science Inquiry" (undergrad), University of Chicago

"Economic Development: Strategies and Institutions" (graduate), University of Chicago

"Topics in Comparative Politics and International Relations" (undergraduate), Harvard University

## PROFESSIONAL DEVELOPMENT (selected)

| | |
|---|---|
| Faculty Development in International Business (5 day seminar), Moore School of Business | 2017 |
| The Future of Non-Market Strategy Research (1 day seminar), Strategic Management Society | |
| Social Change and Social Science (3 day interdisciplinary workshop), Stanford University | 2007 |

## INVITED TALKS

| | |
|---|---|
| University of California, Berkeley, Political Science Department | 2024 |
| Harvard University, Weatherhead Center for International Affairs | 2023 |
| Stanford University, Center on Democracy, Development and Rule of Law | |
| Stanford University, GSB, Political Economy Group | 2022 |
| London School of Economics, Dept of Government | 2021 |
| University of California, Berkeley, Dept of Political Science | |
| University of Southern California, Dept of Mgmt and Organization | 2020 |
| University of Oxford, Saïd Business School, International Business Unit | 2017 |
| Johns Hopkins University, School of Advanced International Studies | |
| George Washington University | |
| King's College London, King's Russia Institute | 2016 |
| American Academy of Arts and Sciences, Cambridge, MA | |
| UC San Diego, School of Global Policy & Strategy, Political Economy Group | |
| University of Copenhagen, Department of Political Science | |
| UC Santa Cruz, Department of Political Science | |
| University of Southern California, Political Science, Visiting Speaker Series | |
| Arizona State University, Department of Political Science | |
| Copenhagen Business School, presentation for special issue of *Organization Studies* on Government and the Governance of Business Conduct | |
| UC Irvine, Center for the Study of Democracy | |
| Princeton University, Comparative Politics Seminar | 2015 |
| UC Berkeley, Comparative Politics Colloquium | |
| Northwestern University, Comparative Politics Workshop | 2014 |
| UC Berkeley, Haas School of Business, Williamson Seminar on Institutional Analysis | |
| University of Illinois at Urbana-Champaign, College of Business, Strategy and IB Seminar | |
| Harvard Academy for International and Area Studies | 2012 |
| Columbia University, Workshop on Institutions and Development in Russia (discussant) | |
| Harvard University, Faculty Seminar on Communist and Post-Communist Societies | 2011 |
| Harvard Business School, Business, Government, and the International Economy Unit | 2008 |
| University of Pennsylvania, The Wharton School, Management Department | |

## PROFESSIONAL EXPERIENCE (selected)

AIG, London, UK                                                                                     2022
*Consultant (political risk in Russia and Ukraine)*

Addleshaw Goddard, London, UK                                                        2011
*Consultant (Abramovich vs. Berezovsky: lawsuit between two top Russian oligarchs)*

Organization for Economic Cooperation and Development, Paris, France    2006 – 07
*Consultant (Project on Russian corporate governance)*

Exclusive Analysis / S&P Global Market Intelligence, London, UK
*Country Risk Analyst for Russia and China*

Goldman Sachs, London, UK                                                                  2000
*Analyst (Credit Risk Management & Advisory)*

## CONFERENCE PRESENTATIONS

| | |
|---|---|
| Money in Politics (Copenhagen Business School) | 2024 |
| Strategic Management Society | 2023 |
| Strategic Management Society | 2022 |
| Academy of Management | 2021 |
| Academy of Management; Strategic Management Society; Society for Institutional & Organizational Economics | 2020 |
| Academy of Management; Strategic Management Society; Academy of International Business; American Political Science Association | 2019 |
| Strategic Management Society; Academy of Management; American Political Science Association | 2018 |
| Strategic Management Society; American Political Science Association | 2017 |
| American Political Science Association; Council for European Studies | 2015 |
| American Political Science Association; Association for Slavic, East European, and Eurasian Studies; Society for the Advancement of Socio-Economics | 2014 |
| American Political Science Association; Society for the Advancement of Socio-Economics; Association for Slavic, East European, and Eurasian Studies | 2013 |
| Conference on Empirical Legal Studies; International Society for New Institutional Economics | 2009 |

## ACADEMIC SERVICE (selected)

Manuscript Reviewer for *Academy of Management Review, Strategic Management*        ongoing
*Journal, Organization Science, Journal of International Business Studies, Management and Organization Review, American Political Science Review, World Politics, Comparative Political Studies, Business and Politics, Perspectives on Politics, American Journal of Political Science, Business & Society, British Journal of Political Science, Review of International Political Economy, Post-Soviet Affairs, Socio-Economic Review, Governance Law & Social Inquiry, Law & Society Review, Small Business Economics, etc.*

## ACADEMIC SERVICE (continued)

| | |
|---|---|
| Co-Director, [Folks Center for International Business](#), Moore School of Business | 2023 – now |
| Chair, Sonoco Visiting Fellows Committee, Moore School of Business | |
| Fulbright Committee, University of South Carolina | |
| Undergraduate Admissions Committee | 2024 – 25 |
| PhD Admissions Committee | |
| Faculty Senator, University of South Carolina | 2020 – 23 |
| PhD Committee (Programming and Admissions), Moore School of Business | |
| Business Analytics Task Force (CABA), Moore School of Business | |
| Chair, Research Committee, Moore School of Business | 2021 – 22 |
| Tenure & Promotion Committee, Moore School of Business | 2020 – 22 |
| Admissions Committee (IB major), Moore School of Business | |
| MIB Committee, Moore School of Business | |
| Paper Submission Reviewer, Academy of Management annual conference | 2020 |
| Paper Submission Reviewer, Strategic Management Society annual conference | |
| PhD Committee (Programming and Admissions), Moore School of Business | 2019 – 20 |
| Business Analytics Task Force (CABA), Moore School of Business | |
| Admissions Committee (IB major), Moore School of Business | |
| MIB Committee, Moore School of Business | |
| Tenure & Promotion Committee, Moore School of Business | |
| Core Faculty, Rule of Law Collaborative, University of South Carolina | |
| Program on New Approaches to Research and Security in Eurasia (PONARS) | |
| Business Analytics Task Force (CABA), Moore School of Business | 2018 – 19 |
| MIB Committee, Moore School of Business | |
| PhD Committee (Programming and Admissions), Moore School of Business | |
| Admissions Committee (IB major), Moore School of Business | |
| Tenure & Promotion Committee, Moore School of Business | |
| Core Faculty, Rule of Law Collaborative, University of South Carolina | |
| Book Manuscript Reviewer, Cambridge University Press | |
| Grant Proposal Reviewer, National Institute of Economic and Social Research (London) | |

## ACADEMIC SERVICE (continued)

| | |
|---|---|
| Admissions Committee (IB major), Moore School of Business | 2017 – 18 |
| PhD Committee (Programming and Admissions), Moore School of Business | |
| Methods and Data Analytics Subcommittee, Moore School of Business | |
| Represented department at Academic Programming trip to Cuba | |
| "Frontiers in IB" Conference Committee, Moore School of Business | |
| Represented IB department at Graduate Business School Network annual conference | |
| Core Faculty, Rule of Law Collaborative, University of South Carolina | |
| Paper Submission Reviewer, Strategic Management Society annual conference | |
| Book Manuscript Reviewer, Cambridge University Press | |
| Best Paper Award Committee (chair), APSA European Politics and Society section | 2016 – 17 |
| Admissions Committee (IB major), Moore School of Business | |
| Book Manuscript Reviewer, Oxford University Press | |
| Book Manuscript Discussant, University of Pennsylvania | |
| Paper Submission Reviewer, Strategic Management Society annual conference | |
| Program on New Approaches to Research and Security in Eurasia (PONARS) | |

## SKILLS

**Languages**
- Russian: native fluency
- German: native fluency
- French: fluent reading, proficient speaking and comprehension
- Ukrainian: fluent reading, proficient speaking and comprehension
- Mandarin: 2,000+ character reading capacity, beginner's level speaking and comprehension

**Software**
- R
- Stata
- LaTeX

## MEDIA APPEARENCES / COMMENTARY (selected)

- CNN
- BBC
- Bloomberg
- Forbes
- The New York Times
- Washington Post

**MEDIA APPEARENCES / COMMENTARY (selected)**

- Fortune
- The Times
- CNBC
- NPR
- Vox
- Voice of America
- WBTV
- Yahoo News
- Grid News
- Diamond Weekly (Japan)
- TRT (Turkey)
- CAPA TV (France)
- Le Journal du Dimanche (France)
- Gazeta Wyborcza (Poland)
- L'Indro (Italy)
- De Standaard (Belgium)