

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**BY EMAIL**
The Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Sergey Shestakov*, 23 Cr. 16 (JSR)

Dear Judge Rakoff:

    The Government respectfully submits this letter in response to the Court's order at the June 5, 2025 court conference. Specifically, in response to request (a) of the defendant's letter, dated May 30, 2025, the Government states the following: without confirming or denying that a prudential search review was done, if one was done, to the extent there were discoverable communications between the defendant and Oleg Deripaska, again without confirming or denying that there were any communications, the Government either produced them to the defense or engaged in litigation pursuant to Classified Information Procedures Act.

                               Respectfully submitted,

                               JAY CLAYTON
                               United States Attorney

                By: /s/_____
                   Rebecca T. Dell
                   Amanda C. Weingarten
                   Olga I. Zverovich
                   Assistant United States Attorneys
                   (212) 637-2198 / 2257 / 2514

cc: Defense Counsel