UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ UNITED STATES OF AMERICA,            │
│                                      │
│                  v.                  │
│                                      │
│ SERGEY SHESTAKOV,                    │
│                                      │
│              Defendant.              │
└─────────────────────────────────────┘
```

23-cr-16 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Pursuant to the judgment of this Court imposed on October 16, 2026, defendant Sergey Shestakov is required to surrender for service of sentence at an institution designated by the Bureau of Prisons before 2 p.m. on February 3, 2026. See ECF No. 294 at 2.

Upon the application of Shestakov's counsel, and for the reasons stated during a telephonic conference held on January 22, 2026, the Court hereby amends Shestakov's date and time of surrender to before 2 p.m. on February 17, 2026.

SO ORDERED.

New York, NY
January 22, 2026

_____
JED S. RAKOFF, U.S.D.J.

1